# EXHIBIT A

## The San Bernardino Sun

| Registration Date | Issue Registered | Registration Number |
|---|---|---|
| 12/08/1992 | September 1992 | TX0003527360 |
| 12/08/1992 | October 1992 | TX0003527356 |
| 01/15/1993 | November 1992 | TX0003527361 |
| 02/08/1993 | December 1992 | TX0003527322 |
| 04/05/1993 | January 1993 | TX0003539906 |
| 04/16/1993 | February 1993 | TX0003539912 |
| 05/18/1993 | March 1993 | TX0003630222 |
| 07/06/1993 | April 1993 | TX0003629806 |
| 07/06/1993 | May 1993 | TX0003629826 |
| 12/13/1993 | June 1993 | TX0003754764 |
| 12/13/1993 | July 1993 | TX0003754762 |
| 12/13/1993 | August 1993 | TX0003754758 |
| 12/13/1993 | September 1993 | TX0003754759 |
| 12/13/1993 | October 1993 | TX0003754763 |
| 03/15/1994 | November 1993 | TX0003773874 |
| 03/29/1994 | December 1993 | TX0003803768 |
| 03/29/1994 | January 1994 | TX0003803769 |
| 05/27/1994 | February 1994 | TX0003803750 |
| 06/23/1994 | March 1994 | TX0003909699 |
| 06/23/1994 | April 1994 | TX0003909706 |
| 08/01/1994 | May 1994 | TX0003833237 |
| 08/18/1994 | June 1994 | TX0003909679 |
| 09/15/1994 | July 1994 | TX0003915954 |
| 01/13/1995 | August 1994 | TX0003991889 |
| 02/13/1995 | September 1994 | TX0004004794 |
| 03/15/1995 | October 1994 | TX0004016603 |
| 03/15/1995 | November 1994 | TX0004022617 |
| 03/15/1995 | December 1994 | TX0004022611 |
| 03/15/1995 | January 1995 | TX0004016601 |
| 10/30/1995 | February 1995 | TX0004101456 |
| 05/30/1995 | March 1995 | TX0004034718 |
| 06/13/1995 | April 1995 | TX0004083464 |
| 07/01/1995 | May 1995 | TX0004101875 |
| 10/02/1995 | June 1995 | TX0004111994 |
| 10/02/1995 | July 1995 | TX0004110738 |
| 10/12/1995 | August 1995 | TX0004123132 |
| 11/09/1995 | September 1995 | TX0004123161 |
| 11/30/1995 | October 1995 | TX0004130475 |
| 03/19/1996 | November 1995 | TX0004181115 |
| 03/19/1996 | December 1995 | TX0004181113 |
| 03/19/1996 | January 1996 | TX0004181114 |

**The San Bernardino Sun**

| 05/20/1996 | February 1996 | TX0004234061 |
|---|---|---|
| 06/10/1996 | March 1996 | TX0004301646 |
| 08/02/1996 | April 1996 | TX0004306173 |
| 08/02/1996 | May 1996 | TX0004306172 |
| 09/03/1996 | June 1996 | TX0004319378 |
| 11/04/1996 | July 1996 | TX0004356491 |
| 11/04/1996 | August 1996 | TX0004356492 |
| 01/13/1997 | September 1996 | TX0004500720 |
| 02/18/1997 | October 1996 | TX0004420547 |
| 02/18/1997 | November 1996 | TX0004420546 |
| 05/01/1997 | December 1996 | TX0004468912 |
| 05/01/1997 | January 1997 | TX0004468908 |
| 06/27/1997 | February 1997 | TX0004500719 |
| 06/27/1997 | March 1997 | TX0004500722 |
| 08/28/1997 | April 1997 | TX0004536247 |
| 10/15/1997 | May 1997 | TX0004552190 |
| 10/15/1997 | June 1997 | TX0004552191 |
| 03/18/1999 | September 1998 | TX0004858596 |
| 03/18/1999 | October 1998 | TX0004858595 |
| 04/08/1999 | November 1998 | TX0004870867 |
| 04/08/1999 | December 1998 | TX0004870860 |
| 07/19/1999 | January 1999 | TX0004988899 |
| 07/19/1999 | February 1999 | TX0004988900 |
| 08/24/1999 | March 1999 | TX0004054830 |
| 10/28/1999 | April 1999 | TX0004987180 |
| 10/28/1999 | May 1999 | TX0004987181 |
| 12/23/1999 | June 1999 | TX0005041590 |
| 12/23/1999 | July 1999 | TX0005041585 |
| 05/05/2000 | August 1999 | TX0005108197 |
| 07/07/2000 | September 1999 | TX0005132903 |
| 07/07/2000 | October 1999 | TX0005132901 |
| 07/07/2000 | November 1999 | TX0005132898 |
| 07/07/2000 | December 1999 | TX0005132902 |
| 07/31/2000 | January 2000 | TX0005139817 |
| 07/31/2000 | February 2000 | TX0005139820 |
| 07/31/2000 | March 2000 | TX0005139818 |
| 07/31/2000 | April 2000 | TX0005139819 |
| 08/22/2000 | May 2000 | TX0005156566 |
| 10/05/2000 | June 2000 | TX0005173574 |
| 11/06/2000 | July 2000 | TX0005193051 |
| 01/22/2002 | August 2001 | TX0005518591 |
| 01/22/2002 | September 2001 | TX0005518592 |

## The San Bernardino Sun

| | | |
|---|---|---|
| 01/19/2002 | October 2001 | TX0005516402 |
| 04/16/2002 | November 2001 | TX0005525967 |
| 06/06/2002 | December 2001 | TX0005537725 |
| 05/15/2002 | January 2002 | TX0005569846 |
| 07/08/2002 | February 2002 | TX0005582085 |
| 07/08/2002 | March 2002 | TX0005582150 |
| 08/28/2002 | April 2002 | TX0005629629 |
| 08/28/2002 | May 2002 | TX0005620630 |
| 12/03/2002 | June 2002 | TX0005683805 |
| 01/02/2003 | July 2002 | TX0005668835 |
| 04/29/2003 | August 2002 | TX0005908304 |
| 04/29/2003 | September 2002 | TX0005908303 |
| 04/29/2003 | October 2002 | TX0005807919 |
| 04/29/2003 | November 2002 | TX0005908305 |
| 04/29/2003 | December 2002 | TX0005908302 |
| 08/18/2003 | January 2003 | TX0005809509 |
| 09/23/2003 | February 2003 | TX0005811461 |
| 09/23/2003 | March 2003 | TX0005811457 |
| 01/13/2004 | April 2003 | TX0005892024 |
| 01/13/2004 | May 2003 | TX0005902658 |
| 02/26/2004 | June 2003 | TX0005892659 |
| 02/26/2004 | July 2003 | TX0005892682 |
| 02/26/2004 | August 2003 | TX0005892643 |
| 03/22/2004 | September 2003 | TX0005921933 |
| 04/16/2004 | October 2003 | TX0005966267 |
| 05/06/2004 | November 2003 | TX0005966270 |
| 05/18/2004 | December 2003 | TX0005983567 |
| 06/28/2004 | January 2004 | TX0005996386 |
| 06/28/2004 | February 2004 | TX0005996384 |
| 09/20/2004 | March 2004 | TX0006052726 |
| 10/21/2004 | April 2004 | TX0006052625 |
| 09/20/2004 | May 2004 | TX0006052624 |
| 10/21/2004 | June 2004 | TX0006052622 |
| 12/20/2004 | July 2004 | TX0006078673 |
| 12/21/2004 | August 2004 | TX0006078672 |
| 01/06/2005 | September 2004 | TX0006120288 |
| 04/12/2005 | October 2004 | TX0006157766 |
| 04/12/2005 | November 2004 | TX0006157767 |
| 06/21/2005 | December 2004 | TX0006187437 |
| 06/21/2005 | January 2005 | TX0006187432 |
| 09/01/2005 | February 2005 | TX0006226305 |
| 12/15/2005 | April 2005 | TX0006331294 |

**The San Bernardino Sun**

| | | |
|---|---|---|
| 04/24/2006 | May 2005 | TX0006349964 |
| 04/24/2006 | July 2005 | TX0006349971 |
| 04/24/2006 | August 2005 | TX0006349978 |
| 03/31/2006 | September 2005 | TX0006340447 |
| 03/30/2006 | October 2005 | TX0006349975 |
| 03/31/2006 | November 2005 | TX0006349972 |
| 04/07/2006 | December 2005 | TX0006340472 |
| 03/30/2006 | January 2006 | TX0006349936 |
| 05/07/2007 | June 2006 | TX0006601862 |
| 11/15/2006 | July 2006 | TX0006469012 |
| 11/15/2006 | August 2006 | TX0006469014 |
| 04/05/2007 | September 2006 | TX0006611926 |
| 04/04/2007 | December 2006 | TX0006611915 |
| 04/20/2007 | January 2007 | TX0006550534 |
| 07/24/2007 | April 2007 | TX0006608057 |
| 07/07/2008 | June 2007 | TX0006770395 |
| 07/11/2008 | July 2007 | TX0006770394 |
| 01/25/2008 | August 2007 | TX0006647544 |
| 01/25/2008 | September 2007 | TX0006647543 |
| 01/25/2008 | October 2007 | TX0006647542 |
| 07/28/2008 | November 2007 | TX0006661209 |
| 08/18/2008 | December 2007 | TX0006662702 |
| 12/22/2008 | February 2008 | TX0006664837 |
| 12/22/2008 | March 2008 | TX0006664838 |
| 03/27/2009 | April 2008 | TX0006631683 |
| 02/27/2009 | May 2008 | TX0006631684 |

4