# EXHIBIT B

**Daily Camera**

| Registration Date | Issue Registered | Registration Number |
|---|---|---|
| 09/04/2001 | August 2001 | TX0005387251 |
| 10/10/2001 | September 2001 | TX0005405000 |
| 11/09/2001 | October 2001 | TX0005561095 |
| 12/10/2001 | November 2001 | TX0005516399 |
| 01/16/2002 | December 2001 | TX0005491379 |
| 02/08/2002 | January 2002 | TX0005560949 |
| 03/08/2002 | February 2002 | TX0005561092 |
| 04/09/2002 | March 2002 | TX0005561094 |
| 05/15/2002 | April 2002 | TX0005590893 |
| 06/13/2002 | May 2002 | TX0005582852 |
| 07/09/2002 | May 2002 | TX0005600407 |
| 07/09/2002 | June 2002 | TX0005600404 |
| 09/11/2002 | August 2002 | TX0005623462 |
| 10/21/2002 | September 2002 | TX0005647172 |
| 11/12/2002 | October 2002 | TX0005651797 |
| 12/09/2002 | November 2002 | TX0005660338 |
| 01/15/2002 | December 2002 | TX0005964841 |
| 02/13/2003 | January 2003 | TX0005675119 |
| 03/14/2003 | February 2003 | TX0005673368 |
| 04/22/2003 | March 2003 | TX0005673370 |
| 05/15/2003 | April 2003 | TX0005809607 |
| 06/17/2003 | May 2003 | TX0005673349 |
| 08/13/2003 | June 2003 | TX0005835394 |
| 08/20/2003 | July 2003 | TX0005809602 |
| 09/22/2003 | August 2003 | TX0005809611 |
| 10/22/2003 | September 2003 | TX0005835416 |
| 12/16/2003 | October 2003 | TX0005874205 |
| 12/16/2003 | November 2003 | TX0005868330 |
| 02/13/2004 | December 2003 | TX0005921849 |
| 02/13/2004 | January 2004 | TX0005902796 |
| 04/05/2004 | February 2004 | TX0005964845 |
| 04/16/2004 | March 2004 | TX0005964859 |
| 05/17/2004 | April 2004 | TX0005964803 |
| 06/24/2004 | May 2004 | TX0005983549 |
| 07/14/2004 | June 2004 | TX0006009163 |
| 08/09/2004 | July 2004 | TX0006023533 |
| 09/13/2004 | August 2004 | TX0006038235 |
| 10/18/2004 | September 2004 | TX0006098688 |
| 11/12/2004 | October 2004 | TX0006081333 |
| 12/20/2004 | November 2004 | TX0006078544 |
| 02/11/2005 | December 2004 | TX0006613919 |

**Daily Camera**

| | | |
|---|---|---|
| 02/22/2005 | January 2005 | TX0006613898 |
| 03/21/2005 | February 2005 | TX0006128759 |
| 04/14/2005 | March 2005 | TX0006613897 |
| 05/16/2005 | April 2005 | TX0006187442 |
| 08/16/2005 | May 2005 | TX0006206913 |
| 08/16/2005 | June 2005 | TX0006215862 |
| 08/16/2005 | July 2005 | TX0006226446 |
| 09/16/2005 | August 2005 | TX0006240627 |
| 10/12/2005 | September 2005 | TX0006240629 |
| 11/21/2005 | October 2005 | TX0006250591 |
| 12/21/2005 | November 2005 | TX0006265617 |
| 01/27/2006 | December 2005 | TX0006300330 |
| 02/28/2006 | January 2006 | TX0006334517 |
| 03/21/2006 | February 2006 | TX0006334910 |
| 04/28/2006 | March 2006 | TX0006334933 |
| 05/08/2006 | April 2006 | TX0006379187 |
| 07/31/2006 | May 2006 | TX0006441759 |
| 07/31/2006 | June 2006 | TX0006441752 |
| 08/14/2006 | July 2006 | TX0006431374 |
| 10/16/2006 | August 2006 | TX0006469024 |
| 10/16/2006 | September 2006 | TX0006483212 |
| 11/13/2006 | October 2006 | TX0006483191 |
| 01/25/2007 | November 2006 | TX0006550515 |
| 01/25/2007 | December 2006 | TX0006550524 |
| 02/14/2007 | January 2007 | TX0006511550 |
| 04/10/2007 | February 2007 | TX0006549136 |
| 04/17/2007 | March 2007 | TX0006549125 |
| 05/21/2007 | April 2007 | TX0006575613 |
| 06/11/2007 | May 2007 | TX0006587947 |
| 08/03/2007 | July 2007 | TX0006662553 |
| 09/28/2007 | August 2007 | TX0006630157 |
| 10/09/2007 | September 2007 | TX0006644519 |
| 11/05/2007 | October 2007 | TX0006630328 |
| 01/28/2008 | November 2007 | TX0006631390 |
| 02/29/2008 | December 2007 | TX0006631339 |
| 06/03/2008 | February 2008 | TX0006660075 |
| 06/10/2008 | March 2008 | TX0006631406 |
| 06/10/2008 | April 2008 | TX0006647209 |
| 06/03/2008 | May 2008 | TX0006646859 |
| 10/23/2008 | June 2008 | TX0006664718 |
| 02/24/2009 | August 2008 | TX0006679485 |
| 02/24/2009 | September 2008 | TX0006679445 |

**Daily Camera**

| 02/24/2009 | October 2008 | TX0006679481 |
|------------|--------------|--------------|
| 02/24/2009 | November 2008 | TX0006679446 |
| 01/12/2009 | December 2008 | TX0006684084 |
| 04/14/2009 | January 2009 | TX0006631458 |
| 04/14/2009 | February 2009 | TX0006631460 |
| 04/14/2009 | March 2009 | TX0006631459 |
| 05/21/2009 | July 2009 | TX0006704239 |
| 05/21/2010 | September 2009 | TX0006704289 |