# EXHIBIT C

**Boston Herald**

| Registration Date | Issue Registered | Registration Number |
|---|---|---|
| 01/17/1995 | October 1994 | TX0003991955 |
| 01/17/1995 | November 1994 | TX0003991964 |
| 03/06/1995 | December 1994 | TX0004016664 |
| 04/17/1995 | January 1995 | TX0004034796 |
| 05/08/1995 | February 1995 | TX0004034788 |
| 05/15/1995 | March 1995 | TX0004022579 |
| 08/07/1995 | April 1995 | TX0004101955 |
| 08/07/1995 | May 1995 | TX0004101780 |
| 08/15/1995 | June 1995 | TX0004123469 |
| 10/02/1995 | July 1995 | TX0004130461 |
| 10/06/1995 | August 1995 | TX0004101934 |
| 11/06/1995 | September 1995 | TX0004130466 |
| 02/12/1996 | October 1995 | TX0004156424 |
| 02/05/1996 | November 1995 | TX0004156392 |
| 02/28/1996 | December 1995 | TX0004185006 |
| 05/13/1996 | January 1996 | TX0004234073 |
| 05/13/1996 | February 1996 | TX0004224993 |
| 05/24/1996 | March 1996 | TX0004234058 |
| 07/23/1996 | April 1996 | TX0004307857 |
| 07/23/1996 | May 1996 | TX0004301694 |
| 08/15/1996 | June 1996 | TX0004306900 |
| 09/16/1996 | July 1996 | TX0004340051 |
| 11/04/1996 | August 1996 | TX0004363137 |
| 12/17/1996 | September 1996 | TX0004397875 |
| 12/17/1996 | October 1996 | TX0004388780 |
| 01/21/1997 | November 1996 | TX0004402934 |
| 02/14/1997 | December 1996 | TX0004419816 |
| 04/29/1997 | January 1997 | TX0004458811 |
| 05/05/1997 | February 1997 | TX0004468865 |
| 05/08/1997 | March 1997 | TX0004505172 |
| 06/23/1997 | April 1997 | TX0004490682 |
| 08/12/1997 | May 1997 | TX0004538117 |
| 08/12/1997 | June 1997 | TX0004538079 |
| 11/24/1997 | July 1997 | TX0004572896 |
| 12/12/1997 | August 1997 | TX0004602368 |
| 11/21/1997 | September 1997 | TX0004598839 |
| 12/12/1997 | October 1997 | TX0004625238 |
| 01/05/1998 | November 1997 | TX0004603016 |
| 02/09/1998 | December 1997 | TX0004616431 |
| 04/01/1998 | January 1998 | TX0004637934 |
| 05/27/1998 | February 1998 | TX0004706152 |

1

**Boston Herald**

| | | |
|---|---|---|
| 05/26/1998 | March 1998 | TX0004706137 |
| 07/02/1998 | April 1998 | TX0004722454 |
| 09/01/1998 | May 1998 | TX0004765824 |
| 08/19/1998 | June 1998 | TX0004737864 |
| 10/08/1998 | July 1998 | TX0004787259 |
| 10/08/1998 | August 1998 | TX0004770489 |
| 12/02/1998 | September 1998 | TX0004858628 |
| 12/28/1998 | October 1998 | TX0004888277 |
| 09/27/1999 | November 1998 | TX0004054849 |
| 02/26/1999 | December 1998 | TX0004842068 |
| 04/26/1999 | January 1999 | TX0004887979 |
| 04/26/1999 | February 1999 | TX0004887991 |
| 06/18/1999 | March 1999 | TX0004920190 |
| 06/18/1999 | April 1999 | TX0004920328 |
| 08/13/1999 | May 1999 | TX0004960345 |
| 09/27/1999 | June 1999 | TX0004054869 |
| 10/15/1999 | July 1999 | TX0004054861 |
| 01/06/2000 | August 1999 | TX0005022686 |
| 01/06/2000 | September 1999 | TX0005022655 |
| 02/29/2000 | October 1999 | TX0005052134 |
| 03/13/2000 | November 1999 | TX0005071532 |
| 02/28/2000 | December 1999 | TX0005052176 |
| 02/28/2000 | January 2000 | TX0005405005 |
| 08/02/2000 | February 2000 | TX0005146125 |
| 07/31/2000 | March 2000 | TX0005146127 |
| 08/02/2000 | April 2000 | TX0005164195 |
| 08/06/2001 | May 2000 | TX0005355342 |
| 11/20/2000 | June 2000 | TX0005193591 |
| 11/20/2000 | July 2000 | TX0005209644 |
| 11/20/2000 | August 2000 | TX0005193623 |
| 01/30/2001 | September 2000 | TX0005274354 |
| 01/29/2001 | October 2000 | TX0005234351 |
| 01/29/2001 | November 2000 | TX0005274349 |
| 02/16/2001 | December 2000 | TX0005243014 |
| 05/13/2005 | December 2000 | TX0006187427 |
| 05/10/2001 | January 2001 | TX0005376985 |
| 05/10/2001 | February 2001 | TX0005393214 |
| 07/27/2001 | March 2001 | TX0005355291 |
| 07/27/2001 | April 2001 | TX0005355335 |
| 08/09/2001 | May 2001 | TX0005355351 |
| 11/02/2001 | June 2001 | TX0005419215 |
| 10/01/2001 | July 2001 | TX0005442688 |

**Boston Herald**

| | | |
|---|---|---|
| 12/03/2001 | August 2001 | TX0005526658 |
| 12/03/2001 | September 2001 | TX0005526664 |
| 02/11/2002 | October 2001 | TX0005518585 |
| 04/17/2002 | November 2001 | TX0005764636 |
| 02/11/2002 | December 2001 | TX0005763698 |
| 04/24/2002 | January 2002 | TX0005582068 |
| 04/24/2002 | February 2002 | TX0005537722 |
| 05/13/2002 | March 2002 | TX0005621854 |
| 06/17/2002 | April 2002 | TX0005613105 |
| 07/24/2002 | May 2002 | TX0005582143 |
| 08/09/2002 | June 2002 | TX0005582075 |
| 12/02/2002 | July 2002 | TX0005657782 |
| 01/02/2003 | August 2002 | TX0005657783 |
| 12/02/2002 | September 2002 | TX0005657789 |
| 06/02/2003 | October 2002 | TX0005673211 |
| 06/02/2003 | November 2002 | TX0005673197 |
| 06/02/2003 | December 2002 | TX0005747582 |
| 06/02/2003 | January 2003 | TX0005673185 |
| 06/02/2003 | February 2003 | TX0005673201 |
| 07/25/2003 | March 2003 | TX0005800513 |
| 08/22/2003 | April 2003 | TX0005809651 |
| 07/31/2004 | May 2003 | TX0005835377 |
| 08/22/2003 | June 2003 | TX0005835368 |
| 09/12/2003 | July 2003 | TX0005809528 |
| 10/10/2003 | August 2003 | TX0005807227 |
| 11/19/2003 | September 2003 | TX0005870359 |
| 01/05/2004 | October 2003 | TX0006118630 |
| 03/10/2005 | October 2003 | TX0006128293 |
| 01/27/2004 | November 2003 | TX0005902672 |
| 02/09/2004 | December 2003 | TX0005896901 |
| 04/16/2004 | January 2004 | TX0005964839 |
| 05/17/2004 | February 2004 | TX0006023495 |
| 06/21/2004 | March 2004 | TX0005986788 |
| 06/21/2004 | April 2004 | TX0005989255 |
| 08/10/2004 | May 2004 | TX0006023566 |
| 08/24/2004 | June 2004 | TX0006018386 |
| 09/14/2004 | July 2004 | TX0006152024 |
| 10/15/2004 | August 2004 | TX0006052641 |
| 11/04/2004 | September 2004 | TX0006067086 |
| 12/17/2004 | October 2004 | TX0006093705 |
| 01/18/2005 | November 2004 | TX0006093170 |
| 03/11/2005 | December 2004 | TX0006128322 |

**Boston Herald**

| | | |
|---|---|---|
| 04/12/2005 | January 2005 | TX0006150091 |
| 04/24/2005 | February 2005 | TX0006187429 |
| 05/24/2005 | March 2005 | TX0006172170 |
| 06/06/2005 | April 2005 | TX0006187426 |
| 08/18/2005 | May 2005 | TX0006215819 |
| 08/18/2005 | June 2005 | TX0006215852 |
| 10/06/2005 | July 2005 | TX0006237264 |
| 10/17/2005 | August 2005 | TX0006210812 |
| 11/18/2005 | September 2005 | TX0006285635 |
| 12/13/2005 | October 2005 | TX0006331338 |
| 01/31/2006 | November 2005 | TX0006285619 |
| 02/03/2006 | December 2005 | TX0006341061 |
| 03/29/2007 | January 2007 | TX0006550540 |
| 04/13/2007 | February 2007 | TX0006550475 |
| 05/14/2007 | March 2007 | TX0006614018 |
| 06/21/2007 | April 2007 | TX0006587892 |
| 08/06/2007 | May 2007 | TX0006644538 |
| 08/17/2007 | June 2007 | TX0006627918 |
| 10/05/2007 | July 2007 | TX0006644959 |
| 10/29/2007 | August 2007 | TX0006644961 |
| 12/06/2007 | September 2007 | TX0006644163 |
| 01/03/2008 | October 2007 | TX0006645718 |
| 02/04/2008 | November 2007 | TX0006647426 |
| 02/29/2008 | December 2007 | TX0006647024 |
| 03/14/2008 | January 2008 | TX0006647457 |
| 05/12/2008 | February 2008 | TX0006647025 |
| 06/02/2008 | March 2008 | TX0006648692 |
| 06/18/2008 | April 2008 | TX0006646997 |
| 07/28/2008 | May 2008 | TX0006660521 |
| 08/12/2008 | June 2008 | TX0006660516 |
| 09/18/2008 | July 2008 | TX0006685317 |
| 10/22/2008 | August 2008 | TX0006665135 |
| 11/17/2008 | September 2008 | TX0006665144 |
| 02/06/2009 | October 2008 | TX0006631820 |
| 02/06/2009 | November 2008 | TX0006631933 |
| 03/31/2009 | December 2008 | TX0006679409 |
| 04/13/2009 | January 2009 | TX0006631623 |
| 04/22/2009 | February 2009 | TX0006631635 |
| 05/15/2009 | March 2009 | TX0006679679 |
| 04/09/2009 | April 2009 | TX0006683909 |
| 08/11/2009 | May 2009 | TX0006685244 |
| 08/24/2009 | June 2009 | TX0006685255 |

4

**Boston Herald**

| | | |
|---|---|---|
| 09/08/2009 | July 2009 | TX0006685345 |
| 10/17/2009 | August 2009 | TX0006685710 |
| 11/12/2009 | September 2009 | TX0006700168 |
| 12/03/2009 | October 2009 | TX0006700061 |
| 01/05/2010 | November 2009 | TX0006702364 |
| 03/01/2010 | December 2009 | TX0006702284 |
| 03/29/2010 | January 2010 | TX0006702415 |
| 05/12/2010 | February 2010 | TX0006704271 |
| 06/16/2010 | March 2010 | TX0006704867 |
| 07/23/2010 | April 2010 | TX0006705003 |
| 11/05/2010 | May 2010 | TX0006718528 |
| 11/05/2010 | June 2010 | TX0006771481 |
| 11/08/2010 | July 2010 | TX0006718517 |
| 01/28/2011 | August 2010 | TX0006771386 |
| 02/23/2011 | September 2010 | TX0006772215 |
| 03/21/2011 | October 2010 | TX0006772904 |
| 07/05/2011 | November 2010 | TX0006779067 |
| 06/06/2011 | December 2010 | TX0006776154 |
| 08/01/2011 | January 2011 | TX0006778881 |
| 08/01/2011 | February 2011 | TX0006778882 |
| 08/01/2011 | April 2011 | TX0006778790 |
| 10/31/2011 | May 2011 | TX0006787591 |
| 09/06/2011 | June 2011 | TX0006788058 |
| 10/13/2011 | July 2011 | TX0006787615 |
| 10/31/2011 | August 2011 | TX0006789471 |
| 12/06/2011 | September 2011 | TX0006790365 |
| 02/17/2012 | October 2011 | TX0006790360 |
| 02/17/2012 | November 2011 | TX0006789562 |
| 03/26/2012 | December 2011 | TX0006789412 |
| 05/29/2012 | January 2012 | TX0006573096 |
| 05/29/2012 | February 2012 | TX0006789798 |
| 06/14/2012 | March 2012 | TX0006788785 |
| 07/23/2012 | April 2012 | TX0006790275 |
| 6/10/2013 | April 2012 | TX0007750610 |
| 08/06/2012 | May 2012 | TX0006789761 |
| 08/23/2012 | June 2012 | TX0006573272 |
| 09/27/2012 | July 2012 | TX0006790154 |
| 10/15/2012 | August 2012 | TX0006573176 |
| 12/3/2012 | September 2012 | TX0007695492 |
| 1/7/2013 | October 2012 | TX0007903108 |
| 1/22/2013 | November 2012 | TX0007903094 |
| 2/15/2013 | December 2012 | TX0007726333 |

**Boston Herald**

| 4/2/2013 | January 2013 | TX0007806721 |
|---|---|---|
| 5/7/2013 | February 2013 | TX0007742883 |
| 5/6/2013 | March 2013 | TX0007746660 |
| 7/12/2013 | May 2013 | TX0007811703 |
| 9/16/2013 | July 2013 | TX0007834328 |
| 10/15/2013 | August 2013 | TX0007901135 |
| 1/14/2014 | September 2013 | TX0008065726 |
| 12/24/2013 | October 2013 | TX0007901396 |
| 2/20/2014 | November 2013 | TX0007900479 |
| 6/23/2014 | December 2013 | TX0007966412 |
| 4/21/2014 | January 2014 | TX0007886944 |
| 4/21/2014 | February 2014 | TX0007886895 |
| 9/12/2014 | March 2014 | TX0008156415 |
| 6/23/2014 | April 2014 | TX0007966426 |
| 9/12/2014 | May 2014 | TX0008156423 |
| 9/4/2014 | June 2014 | TX0008156045 |
| 9/12/2014 | July 2014 | TX0008156283 |
| 9/30/2014 | August 2014 | TX0008063505 |
| 11/21/2014 | September 2014 | TX0008080620 |
| 3/25/2015 | October 2014 | TX0008153797 |
| 3/25/2015 | November 2014 | TX0008154564 |
| 3/25/2015 | December 2014 | TX0008153863 |
| 4/28/2015 | January 2015 | TX0008174112 |
| 5/5/2015 | February 2015 | TX0008162680 |
| 6/29/2015 | March 2015 | TX0008183009 |
| 7/13/2015 | April 2015 | TX0008182772 |