# EXHIBIT D

**Hartford Courant**

| Registration Date | Issue Registered | Registration Number |
|---|---|---|
| 12/30/1992 | September 1992 | TX0003527377 |
| 12/30/1992 | October 1992 | TX0003527371 |
| 02/01/1993 | November 1992 | TX0003527401 |
| 02/22/1993 | December 1992 | TX0003527340 |
| 03/22/1993 | January 1993 | TX0003527278 |
| 04/21/1993 | February 1993 | TX0003539925 |
| 05/25/1993 | March 1993 | TX0003562077 |
| 06/30/1993 | April 1993 | TX0003562040 |
| 07/30/1993 | May 1993 | TX0003630120 |
| 09/07/1993 | June 1993 | TX0003629878 |
| 10/19/1993 | July 1993 | TX0003694542 |
| 11/03/1993 | August 1993 | TX0003675963 |
| 11/09/1993 | September 1993 | TX0003694424 |
| 01/19/1994 | October 1993 | TX0003703674 |
| 02/17/1994 | November 1993 | TX0003754825 |
| 03/10/1994 | December 1993 | TX0003803746 |
| 04/07/1994 | January 1994 | TX0003774341 |
| 04/15/1994 | February 1994 | TX0003774418 |
| 05/16/1994 | March 1994 | TX0003774427 |
| 06/29/1994 | April 1994 | TX0003833214 |
| 08/01/1994 | May 1994 | TX0003909767 |
| 08/30/1994 | June 1994 | TX0003848755 |
| 10/17/1994 | July 1994 | TX0003946905 |
| 11/01/1994 | August 1994 | TX0003925562 |
| 11/21/1994 | September 1994 | TX0003970210 |
| 02/15/1995 | October 1994 | TX0004185008 |
| 02/02/1995 | November 1994 | TX0003933083 |
| 02/09/1995 | December 1994 | TX0003991902 |
| 03/20/1995 | January 1995 | TX0004016665 |
| 04/25/1995 | February 1995 | TX0004066478 |
| 05/18/1995 | March 1995 | TX0004194069 |
| 07/06/1995 | April 1995 | TX0004123437 |
| 08/14/1995 | May 1995 | TX0004101947 |
| 08/28/1995 | June 1995 | TX0004110640 |
| 11/07/1995 | July 1995 | TX0004123172 |
| 11/01/1995 | August 1995 | TX0004130464 |
| 12/07/1995 | September 1995 | TX0004165915 |
| 01/25/1996 | October 1995 | TX0004156410 |
| 02/15/1996 | November 1995 | TX0004184984 |
| 03/07/1996 | December 1995 | TX0004185118 |
| 03/18/1996 | January 1996 | TX0004181190 |

**Hartford Courant**

| | | |
|---|---|---|
| 05/10/1996 | February 1996 | TX0004211473 |
| 06/24/1996 | March 1996 | TX0004273616 |
| 08/22/1996 | April 1996 | TX0004306888 |
| 08/19/1996 | May 1996 | TX0004306890 |
| 09/11/1996 | June 1996 | TX0004320543 |
| 10/16/1996 | July 1996 | TX0004334030 |
| 11/14/1996 | August 1996 | TX0004363153 |
| 12/20/1996 | September 1996 | TX0004388802 |
| 01/14/1997 | October 1996 | TX0004399575 |
| 02/26/1997 | November 1996 | TX0004434657 |
| 03/17/1997 | December 1996 | TX0004434626 |
| 04/17/1997 | January 1997 | TX0004458803 |
| 05/12/1997 | February 1997 | TX0004505569 |
| 06/11/1997 | March 1997 | TX0004500105 |
| 07/01/1997 | April 1997 | TX0004500861 |
| 08/19/1997 | May 1997 | TX0004538110 |
| 09/05/1997 | June 1997 | TX0004538103 |
| 11/03/1997 | July 1997 | TX0004557383 |
| 11/19/1997 | August 1997 | TX0004580501 |
| 01/12/1998 | September 1997 | TX0004602391 |
| 01/20/1998 | October 1997 | TX0004602394 |
| 02/17/1998 | November 1997 | TX0004625427 |
| 03/06/1998 | December 1997 | TX0004650272 |
| 04/10/1998 | January 1998 | TX0004650314 |
| 04/22/1998 | February 1998 | TX0004661094 |
| 06/24/1998 | March 1998 | TX0004711433 |
| 08/03/1998 | April 1998 | TX0004730360 |
| 09/20/1998 | May 1998 | TX0004765895 |
| 10/01/1998 | June 1998 | TX0004778950 |
| 10/16/1998 | July 1998 | TX0004778966 |
| 01/08/1999 | August 1998 | TX0004824250 |
| 03/15/1999 | September 1998 | TX0004870915 |
| 02/08/1999 | October 1998 | TX0004842076 |
| 03/15/1999 | November 1998 | TX0004870916 |
| 04/08/1999 | December 1998 | TX0004870842 |
| 05/17/1999 | January 1999 | TX0004894392 |
| 07/21/1999 | February 1999 | TX0004054811 |
| 08/19/1999 | March 1999 | TX0005268908 |
| 09/09/1999 | April 1999 | TX0004979402 |
| 11/08/1999 | May 1999 | TX0005006145 |
| 10/12/1999 | June 1999 | TX0004986631 |
| 11/15/1999 | July 1999 | TX0004987001 |

**Hartford Courant**

| | | |
|---|---|---|
| 11/30/1999 | August 1999 | TX0005028434 |
| 01/05/2000 | September 1999 | TX0005052160 |
| 02/25/2000 | October 1999 | TX0005052111 |
| 03/10/2000 | November 1999 | TX0005062102 |
| 05/04/2000 | December 1999 | TX0005100668 |
| 05/11/2000 | January 2000 | TX0005113794 |
| 08/10/2000 | February 2000 | TX0005146156 |
| 08/10/2000 | March 2000 | TX0005146148 |
| 08/31/2000 | April 2000 | TX0005164183 |
| 10/05/2000 | May 2000 | TX0005173592 |
| 11/20/2000 | June 2000 | TX0005193658 |
| 11/20/2000 | July 2000 | TX0005193622 |
| 11/20/2000 | August 2000 | TX0005209659 |
| 12/19/2000 | September 2000 | TX0005205472 |
| 03/22/2001 | October 2000 | TX0005271960 |
| 05/02/2001 | November 2000 | TX0005307597 |
| 05/02/2001 | December 2000 | TX0005299155 |
| 06/11/2001 | January 2001 | TX0005329919 |
| 03/15/2002 | February 2001 | TX0005480279 |
| 07/11/2001 | March 2001 | TX0005345266 |
| 08/02/2001 | April 2001 | TX0005355301 |
| 08/03/2001 | May 2001 | TX0005369264 |
| 09/05/2001 | June 2001 | TX0005376959 |
| 10/05/2001 | July 2001 | TX0005395962 |
| 11/09/2001 | August 2001 | TX0005396066 |
| 02/07/2002 | September 2001 | TX0005450440 |
| 03/28/2002 | October 2001 | TX0005502434 |
| 05/24/2002 | November 2001 | TX0005526673 |
| 07/22/2002 | December 2001 | TX0005554591 |
| 08/01/2002 | January 2002 | TX0005565373 |
| 08/02/2002 | February 2002 | TX0005561311 |
| 08/01/2002 | March 2002 | TX0005561304 |
| 09/19/2002 | April 2002 | TX0005596511 |
| 02/25/2003 | May 2002 | TX0005674753 |
| 10/03/2002 | June 2002 | TX0005596512 |
| 10/28/2002 | July 2002 | TX0005808000 |
| 01/10/2003 | August 2002 | TX0005651909 |
| 02/25/2003 | September 2002 | TX0005693228 |
| 03/03/2003 | October 2002 | TX0005674711 |
| 04/15/2003 | November 2002 | TX0005703289 |
| 04/28/2003 | December 2002 | TX0005806806 |
| 07/03/2003 | January 2003 | TX0005806550 |

**Hartford Courant**

| 08/22/2003 | February 2003 | TX0005835374 |
|---|---|---|
| 09/02/2003 | March 2003 | TX0005809521 |
| 09/05/2003 | April 2003 | TX0005806791 |
| 09/10/2003 | May 2003 | TX0005868370 |
| 09/30/2003 | June 2003 | TX0005809643 |
| 11/21/2003 | July 2003 | TX0005870371 |
| 11/26/2003 | August 2003 | TX0005873894 |
| 02/02/2004 | September 2003 | TX0005878712 |
| 03/08/2004 | October 2003 | TX0005921982 |
| 02/02/2004 | November 2003 | TX0005878917 |
| 03/19/2004 | December 2003 | TX0005902810 |
| 03/23/2004 | January 2004 | TX0005921914 |
| 05/03/2004 | February 2004 | TX0005940844 |
| 05/03/2004 | March 2004 | TX0005940843 |
| 06/24/2004 | April 2004 | TX0005989035 |
| 08/06/2004 | May 2004 | TX0006009170 |
| 08/30/2004 | June 2004 | TX0006018381 |
| 10/07/2004 | July 2004 | TX0006069576 |
| 11/17/2004 | August 2004 | TX0006066883 |
| 12/13/2004 | September 2004 | TX0006078195 |
| 01/28/2005 | November 2004 | TX0006103483 |
| 08/08/2005 | December 2004 | TX0006215904 |
| 04/04/2005 | January 2005 | TX0006128286 |
| 06/08/2005 | February 2005 | TX0006172147 |
| 06/13/2005 | March 2005 | TX0006172159 |
| 06/24/2005 | April 2005 | TX0006181369 |
| 07/22/2005 | May 2005 | TX0006265273 |
| 09/13/2005 | June 2005 | TX0006222421 |
| 09/22/2005 | July 2005 | TX0006222420 |
| 11/09/2005 | August 2005 | TX0006340419 |
| 12/16/2005 | September 2005 | TX0006253496 |
| 12/16/2005 | October 2005 | TX0006253497 |
| 02/21/2006 | November 2005 | TX0006331220 |
| 02/21/2006 | December 2005 | TX0006300292 |
| 04/06/2006 | January 2006 | TX0006330114 |
| 04/26/2006 | February 2006 | TX0006340449 |
| 05/11/2006 | March 2006 | TX0006337656 |
| 07/12/2006 | April 2006 | TX0006441770 |
| 08/04/2006 | May 2006 | TX0006611775 |
| 09/11/2006 | June 2006 | TX0006611830 |
| 10/04/2006 | July 2006 | TX0006431447 |
| 12/05/2006 | August 2006 | TX0006481512 |

**Hartford Courant**

| | | |
|---|---|---|
| 12/06/2006 | September 2006 | TX0006481506 |
| 12/15/2006 | October 2006 | TX0006479063 |
| 01/29/2007 | November 2006 | TX0006505016 |
| 02/21/2007 | December 2006 | TX0006519630 |
| 04/13/2007 | January 2007 | TX0006550497 |
| 05/16/2007 | February 2007 | TX0006587813 |
| 05/23/2007 | March 2007 | TX0006575582 |
| 08/07/2007 | April 2007 | TX0006614519 |
| 08/14/2007 | May 2007 | TX0006644533 |
| 10/15/2007 | June 2007 | TX0006630467 |
| 10/15/2007 | July 2007 | TX0006630466 |
| 11/05/2007 | August 2007 | TX0006630535 |
| 11/15/2007 | September 2007 | TX0006630284 |
| 01/10/2008 | October 2007 | TX0006662943 |
| 01/28/2008 | November 2007 | TX0006647159 |
| 02/28/2008 | December 2007 | TX0006646337 |
| 03/20/2008 | January 2008 | TX0006647586 |
| 04/25/2008 | February 2008 | TX0006647201 |
| 06/09/2008 | March 2008 | TX0006647064 |
| 07/17/2008 | April 2008 | TX0006662419 |
| 09/22/2008 | May 2008 | TX0006660481 |
| 08/27/2008 | June 2008 | TX0006662615 |
| 09/22/2008 | July 2008 | TX0006660479 |
| 10/29/2008 | August 2008 | TX0006665002 |
| 01/10/2009 | September 2008 | TX0006663004 |
| 01/17/2009 | October 2008 | TX0006631911 |
| 03/03/2009 | November 2008 | TX0006664984 |
| 04/01/2009 | December 2008 | TX0006679655 |
| 04/10/2009 | January 2009 | TX0006679489 |
| 06/18/2009 | February 2009 | TX0006683868 |
| 06/18/2009 | March 2009 | TX0006679354 |
| 07/13/2009 | April 2009 | TX0006683864 |
| 10/19/2009 | May 2009 | TX0006685671 |
| 10/29/2009 | June 2009 | TX0006685667 |
| 10/21/2009 | July 2009 | TX0006685665 |
| 01/21/2010 | August 2009 | TX0006702388 |
| 01/22/2010 | September 2009 | TX0006702483 |
| 02/19/2010 | October 2009 | TX0006702321 |
| 03/12/2010 | November 2009 | TX0006702478 |
| 03/23/2010 | December 2009 | TX0006702411 |
| 05/17/2010 | January 2010 | TX0006704272 |
| 05/13/2010 | February 2010 | TX0006704275 |

**Hartford Courant**

| | | |
|---|---|---|
| 05/25/2010 | March 2010 | TX0006704219 |
| 06/28/2010 | April 2010 | TX0006704984 |
| 02/25/2011 | May 2010 | TX0006772118 |
| 02/25/2011 | June 2010 | TX0006772119 |
| 07/06/2011 | July 2010 | TX0006779081 |
| 07/20/2011 | August 2010 | TX0006779032 |
| 08/10/2011 | September 2010 | TX0006779094 |
| 08/29/2011 | October 2010 | TX0006787787 |
| 09/26/2011 | November 2010 | TX0006788103 |
| 11/07/2011 | December 2010 | TX0006787831 |
| 02/06/2012 | January 2011 | TX0006787906 |
| 02/13/2012 | February 2011 | TX0006788018 |
| 03/23/2012 | March 2011 | TX0006790382 |
| 03/27/2012 | April 2011 | TX0006789286 |
| 04/02/2012 | May 2011 | TX0006790269 |
| 04/09/2012 | July 2011 | TX0006789352 |
| 04/26/2012 | August 2011 | TX0006789755 |
| 04/30/2012 | September 2011 | TX0006789929 |
| 05/07/2012 | October 2011 | TX0006789928 |
| 10/18/2012 | November 2011 | TX0006573175 |
| 11/19/2012 | December 2011 | TX0007696050 |
| 11/27/2012 | January 2012 | TX0008255610 |
| 11/27/2012 | February 2012 | TX0007741835 |
| 12/5/2012 | March 2012 | TX0007741811 |
| 1/9/2013 | April 2012 | TX0007786945 |
| 1/10/2013 | May 2012 | TX0007807004 |
| 1/11/2013 | June 2012 | TX0007807012 |
| 1/22/2013 | July 2012 | TX0007806986 |
| 1/23/2013 | August 2012 | TX0007781508 |
| 4/16/2013 | September 2012 | TX0007902413 |
| 5/28/2013 | October 2012 | TX0007768916 |
| 7/8/2013 | November 2012 | TX0007811573 |
| 7/24/2013 | December 2012 | TX0007774014 |
| 7/24/2013 | January 2013 | TX0007774010 |
| 8/2/2013 | February 2013 | TX0008189733 |
| 1/17/2014 | March 2013 | TX0008135916 |
| 1/17/2014 | April 2013 | TX0008111515 |
| 10/3/2014 | May 2013 | TX0008063742 |
| 12/17/2014 | July 2013 | TX0008128430 |
| 12/17/2014 | August 2013 | TX0008128384 |
| 1/21/2015 | September 2013 | TX0008111533 |
| 1/22/2015 | October 2013 | TX0008150081 |

**Hartford Courant**

| | | |
|---|---|---|
| 1/22/2015 | November 2013 | TX0008111513 |
| 1/22/2015 | December 2013 | TX0008111523 |
| 2/4/2015 | January 2014 | TX0008153054 |
| 2/13/2015 | February 2014 | TX0008153048 |
| 2/18/2015 | March 2014 | TX0008111538 |
| 2/19/2015 | April 2014 | TX0008153064 |
| 2/23/2015 | May 2014 | TX0008111541 |
| 3/6/2015 | June 2014 | TX0008154723 |
| 3/11/2015 | July 2014 | TX0008152739 |
| 5/1/2015 | August 2014 | TX0008173296 |
| 5/14/2015 | September 2014 | TX0008177141 |
| 5/28/2015 | October 2014 | TX0008157264 |
| 5/28/2015 | November 2014 | TX0008157261 |
| 6/22/2015 | December 2014 | TX0008164908 |
| 8/6/2015 | January 2015 | TX0008183658 |
| 7/16/2015 | February 2015 | TX0008183128 |
| 8/12/2015 | March 2015 | TX0008208067 |
| 9/25/2015 | April 2015 | TX0008206953 |
| 10/26/2015 | May 2015 | TX0008231929 |
| 11/12/2015 | June 2015 | TX0008224290 |
| 12/18/2015 | July 2015 | TX0008247701 |
| 12/29/2015 | August 2015 | TX0008247646 |
| 1/12/2016 | September 2015 | TX0008255888 |
| 2/22/2016 | October 2015 | TX0008261718 |
| 2/22/2016 | November 2015 | TX0008262116 |
| 3/4/2016 | December 2015 | TX0008259818 |
| 4/11/2016 | January 2016 | TX0008266318 |
| 5/10/2016 | February 2016 | TX0008263285 |
| 6/10/2016 | March 2016 | TX0008271238 |
| 6/24/2016 | April 2016 | TX0008278407 |
| 7/25/2016 | May 2016 | TX0008292024 |
| 10/4/2016 | June 2016 | TX0008299671 |
| 10/25/2016 | July 2016 | TX0008315121 |
| 11/18/2016 | August 2016 | TX0008299621 |
| 12/9/2016 | September 2016 | TX0008404763 |
| 1/13/2017 | October 2016 | TX0008379958 |
| 2/14/2017 | November 2016 | TX0008354453 |
| 3/24/2017 | December 2016 | TX0008359808 |
| 4/28/2017 | January 2017 | TX0008440819 |
| 7/19/2017 | February 2017 | TX0008468355 |
| 8/21/2017 | March 2017 | TX0008433761 |
| 9/28/2017 | April 2017 | TX0008427239 |

**Hartford Courant**

| | | |
|---|---|---|
| 9/28/2017 | May 2017 | TX0008427204 |
| 9/29/2017 | June 2017 | TX0008434110 |
| 11/17/2017 | July 2017 | TX0008476474 |
| 11/17/2017 | August 2017 | TX0008476428 |
| 12/21/2017 | September 2017 | TX0008491059 |
| 1/24/2018 | October 2017 | TX0008512462 |
| 2/12/2018 | November 2017 | TX0008510818 |
| 3/6/2018 | December 2017 | TX0008591099 |
| 3/30/2018 | January 2018 | TX0008532209 |
| 4/30/2018 | February 2018 | TX0008532225 |
| 6/12/2018 | March 2018 | TX0008550788 |
| 6/29/2018 | April 2018 | TX0008576521 |
| 7/31/2018 | May 2018 | TX0008580863 |
| 8/29/2018 | June 2018 | TX0008594501 |
| 9/28/2018 | July 2018 | TX0008619814 |
| 10/29/2018 | August 2018 | TX0008667540 |
| 11/30/2018 | September 2018 | TX0008667808 |
| 12/31/2018 | October 2018 | TX0008671500 |
| 2/1/2019 | November 2018 | TX0008696225 |
| 3/1/2019 | December 2018 | TX0008742389 |
| 4/10/2019 | January 2019 | TX0008797973 |
| 7/22/2019 | February 2019 | TX0008801653 |
| 7/22/2019 | March 2019 | TX0008801452 |
| 10/23/2019 | April 2019 | TX0008823988 |
| 1/27/2020 | May 2019 | TX0008831696 |
| 5/20/2020 | June 2019 | TX0008877369 |
| 7/21/2020 | July 2019 | TX0008887858 |
| 8/14/2020 | August 2019 | TX0008889245 |
| 7/31/2020 | September 2019 | TX0008889410 |
| 1/20/2021 | October 2019 | TX0008936605 |
| 1/20/2021 | November 2019 | TX0008936454 |
| 1/22/2021 | December 2019 | TX0009152313 |
| 1/22/2021 | January 2020 | TX0008936727 |
| 1/25/2021 | February 2020 | TX0008936902 |
| 1/25/2021 | March 2020 | TX0008936762 |
| 1/30/2021 | April 2020 | TX0009145235 |
| 1/30/2021 | May 2020 | TX0008939050 |
| 2/3/2021 | June 2020 | TX0008940946 |
| 7/20/2021 | July 2020 | TX0009000024 |
| 8/11/2021 | August 2020 | TX0009158455 |
| 12/8/2021 | October 2020 | TX0009060032 |