# EXHIBIT E

**Daily Press**

| Registration Date | Issue Registered | Registration Number |
|---|---|---|
| 05/11/2010 | February 2010 | TX0006704233 |
| 05/11/2010 | March 2010 | TX0006704234 |
| 06/03/2010 | April 2010 | TX0006704226 |
| 07/30/2010 | May 2010 | TX0006718344 |
| 08/06/2010 | June 2010 | TX0006718359 |
| 11/05/2010 | July 2010 | TX0006718519 |
| 12/02/2010 | August 2010 | TX0006771468 |
| 12/30/2010 | September 2010 | TX0006771716 |
| 12/30/2010 | October 2010 | TX0006771717 |
| 01/31/2011 | November 2010 | TX0006771368 |
| 02/16/2011 | December 2010 | TX0006772969 |
| 03/15/2011 | January 2011 | TX0006772936 |
| 04/18/2011 | February 2011 | TX0006776340 |
| 04/29/2011 | March 2011 | TX0006778259 |
| 06/16/2011 | April 2011 | TX0006778307 |
| 03/15/2011 | May 2011 | TX0006779065 |
| 08/26/2011 | July 2011 | TX0006787681 |
| 10/06/2011 | August 2011 | TX0006787613 |
| 11/14/2011 | September 2011 | TX0006789467 |
| 01/12/2012 | October 2011 | TX0006787868 |
| 01/31/2012 | November 2011 | TX0006573108 |
| 02/21/2012 | December 2011 | TX0006789468 |
| 05/20/2012 | January 2012 | TX0006573134 |
| 04/27/2012 | March 2012 | TX0006789322 |
| 05/23/2012 | April 2012 | TX0006788821 |
| 06/25/2012 | May 2012 | TX0006573116 |
| 08/15/2012 | June 2012 | TX0006612295 |
| 08/31/2012 | July 2012 | TX0006573211 |
| 09/25/2012 | August 2012 | TX0006790171 |
| 11/08/2012 | September 2012 | TX0006573061 |
| 12/21/2012 | October 2012 | TX0007901930 |
| 1/10/2013 | November 2012 | TX0007911971 |
| 2/7/2013 | December 2012 | TX0007696300 |
| 3/19/2013 | January 2013 | TX0007970948 |
| 4/2/2013 | March 2013 | TX0008419600 |
| 5/7/2013 | March 2013 | TX0007786914 |
| 6/12/2013 | April 2013 | TX0007733396 |
| 7/23/2013 | May 2013 | TX0007765751 |
| 9/3/2013 | June 2013 | TX0007886354 |
| 12/12/2013 | July 2013 | TX0007883171 |
| 12/5/2013 | August 2013 | TX0007890231 |

**Daily Press**

| 11/20/2013 | September 2013 | TX0007899485 |
|---|---|---|
| 1/27/2014 | October 2013 | TX0007896673 |
| 3/14/2014 | November 2013 | TX0008031729 |
| 6/6/2014 | January 2014 | TX0007966972 |
| 7/2/2014 | February 2014 | TX0007966301 |
| 8/1/2014 | March 2014 | TX0007980583 |
| 8/12/2014 | April 2014 | TX0007987856 |
| 10/24/2014 | May 2014 | TX0008071030 |
| 11/12/2014 | June 2014 | TX0008083407 |
| 12/29/2014 | July 2014 | TX0008085704 |
| 3/3/2015 | August 2014 | TX0008152693 |
| 4/1/2015 | September 2014 | TX0008154843 |
| 4/17/2015 | October 2014 | TX0008063863 |
| 5/1/2015 | November 2014 | TX0008172122 |
| 5/12/2015 | December 2014 | TX0008177127 |
| 7/6/2015 | February 2015 | TX0008182625 |
| 8/6/2015 | March 2015 | TX0008183738 |
| 9/3/2015 | April 2015 | TX0008228873 |
| 9/16/2015 | May 2015 | TX0008207890 |
| 10/16/2015 | June 2015 | TX0008234075 |
| 10/22/2015 | July 2015 | TX0008231903 |
| 11/24/2015 | August 2015 | TX0008227352 |
| 12/15/2015 | September 2015 | TX0008247549 |
| 1/5/2016 | October 2015 | TX0008267040 |
| 1/5/2016 | November 2015 | TX0008266964 |
| 2/23/2016 | December 2015 | TX0008260995 |
| 7/12/2016 | January 2016 | TX0008436299 |
| 7/12/2016 | February 2016 | TX0008441140 |
| 7/12/2016 | March 2016 | TX0008441125 |
| 8/1/2016 | June 2016 | TX0008322310 |
| 8/8/2016 | July 2016 | TX0008298949 |
| 9/8/2016 | August 2016 | TX0008338279 |
| 10/5/2016 | September 2016 | TX0008288305 |
| 11/8/2016 | October 2016 | TX0008288192 |
| 12/6/2016 | November 2016 | TX0008404671 |
| 1/13/2017 | December 2016 | TX0008378827 |
| 2/6/2017 | January 2017 | TX0008354830 |
| 3/9/2017 | February 2017 | TX0008343554 |
| 4/12/2017 | March 2017 | TX0008354385 |
| 5/10/2017 | April 2017 | TX0008396903 |
| 6/7/2017 | May 2017 | TX0008410248 |
| 7/12/2017 | June 2017 | TX0008467828 |

**Daily Press**

| | | |
|---|---|---|
| 8/9/2017 | July 2017 | TX0008468697 |
| 9/8/2017 | August 2017 | TX0008447710 |
| 10/11/2017 | September 2017 | TX0008481899 |
| 11/8/2017 | October 2017 | TX0008473277 |
| 12/1/2017 | November 2017 | TX0008481587 |
| 1/11/2018 | December 2017 | TX0008496892 |
| 2/7/2018 | January 2018 | TX0008510907 |
| 3/9/2018 | February 2018 | TX0008634898 |
| 4/25/2018 | March 2018 | TX0008579290 |
| 5/1/2018 | April 2018 | TX0008579287 |
| 5/31/2018 | May 2018 | TX0008579282 |
| 7/3/2018 | June 2018 | TX0008579279 |
| 7/31/2018 | July 2018 | TX0008580839 |
| 9/4/2018 | August 2018 | TX0008594820 |
| 10/2/2018 | September 2018 | TX0008620414 |
| 10/31/2018 | October 2018 | TX0008667399 |
| 12/3/2018 | November 2018 | TX0008670830 |
| 12/31/2018 | December 2018 | TX0008671501 |
| 2/4/2019 | January 2019 | TX0008696205 |
| 3/1/2019 | February 2019 | TX0008742322 |
| 4/1/2019 | March 2019 | TX0008794001 |
| 5/1/2019 | April 2019 | TX0008794587 |
| 6/4/2019 | May 2019 | TX0008793438 |
| 7/2/2019 | June 2019 | TX0008797935 |
| 8/1/2019 | July 2019 | TX0008803314 |
| 9/3/2019 | August 2019 | TX0008804113 |
| 10/3/2019 | September 2019 | TX0008824265 |
| 11/7/2019 | October 2019 | TX0008824027 |
| 12/5/2019 | November 2019 | TX0008826670 |
| 1/2/2020 | December 2019 | TX0008832187 |
| 2/6/2020 | January 2020 | TX0008850155 |
| 5/5/2020 | February 2020 | TX0008877492 |