# EXHIBIT F

**Morning Call**

| Registration Date | Issue Registered | Registration Number |
| --- | --- | --- |
| 09/29/1993 | July 1993 | TX0003694354 |
| 10/27/1993 | August 1993 | TX0003694415 |
| 11/04/1993 | September 1993 | TX0003694412 |
| 12/08/1993 | October 1993 | TX0003754659 |
| 02/08/1994 | November 1993 | TX0003774469 |
| 02/08/1994 | December 1993 | TX0003774468 |
| 03/25/1994 | January 1994 | TX0003786926 |
| 04/04/1994 | February 1994 | TX0003863638 |
| 06/09/1994 | March 1994 | TX0003833119 |
| 06/09/1994 | April 1994 | TX0003833103 |
| 07/14/1994 | May 1994 | TX0003909700 |
| 08/04/1994 | June 1994 | TX0003863625 |
| 08/29/1994 | July 1994 | TX0003915915 |
| 09/28/1994 | August 1994 | TX0003925613 |
| 10/26/1994 | September 1994 | TX0003946914 |
| 01/20/1995 | October 1994 | TX0003991884 |
| 12/29/1994 | November 1994 | TX0003967679 |
| 02/09/1995 | December 1994 | TX0003950832 |
| 03/08/1995 | January 1995 | TX0004016555 |
| 04/05/1995 | February 1995 | TX0004022625 |
| 05/03/1995 | March 1995 | TX0004022517 |
| 06/14/1995 | April 1995 | TX0004034708 |
| 07/07/1995 | May 1995 | TX0004083440 |
| 08/04/1995 | June 1995 | TX0004083428 |
| 08/28/1995 | July 1995 | TX0004101881 |
| 09/27/1995 | August 1995 | TX0004130472 |
| 10/20/1995 | September 1995 | TX0004181131 |
| 11/30/1995 | October 1995 | TX0004152119 |
| 12/29/1995 | November 1995 | TX0004165997 |
| 02/02/1996 | December 1995 | TX0004184975 |
| 02/26/1996 | January 1996 | TX0004156399 |
| 03/27/1996 | February 1996 | TX0004194924 |
| 04/29/1996 | March 1996 | TX0004211494 |
| 06/03/1996 | April 1996 | TX0004271817 |
| 06/28/1996 | May 1996 | TX0004243257 |
| 08/06/1996 | June 1996 | TX0004307939 |
| 08/28/1996 | July 1996 | TX0004306168 |
| 10/02/1996 | August 1996 | TX0004339995 |
| 10/29/1996 | September 1996 | TX0004356470 |
| 11/26/1996 | October 1996 | TX0004364024 |
| 12/30/1996 | November 1996 | TX0004388810 |

**Morning Call**

| 01/23/1997 | December 1996 | TX0004448786 |
|---|---|---|
| 02/20/1997 | January 1997 | TX0004434629 |
| 03/24/1997 | February 1997 | TX0004453022 |
| 04/07/1997 | March 1997 | TX0004448762 |
| 05/05/1997 | April 1997 | TX0004505178 |
| 06/09/1997 | May 1997 | TX0004478027 |
| 07/14/1997 | June 1997 | TX0004512959 |
| 08/06/1997 | July 1997 | TX0004521803 |
| 09/04/1997 | August 1997 | TX0004538047 |
| 10/06/1997 | September 1997 | TX0004548673 |
| 12/04/1997 | November 1997 | TX0004598867 |
| 01/13/1998 | December 1997 | TX0004602414 |
| 02/24/1998 | January 1998 | TX0004616510 |
| 03/30/1998 | February 1998 | TX0004638024 |
| 05/04/1998 | March 1998 | TX0004661088 |
| 06/09/1998 | April 1998 | TX0004710242 |
| 06/22/1998 | May 1998 | TX0004651181 |
| 07/24/1998 | June 1998 | TX0004726261 |
| 09/17/1998 | July 1998 | TX0004788033 |
| 09/30/1998 | August 1998 | TX0004778976 |
| 11/24/1998 | September 1998 | TX0004798443 |
| 11/23/1998 | October 1998 | TX0004793697 |
| 01/04/1999 | November 1998 | TX0004824246 |
| 02/08/1999 | December 1998 | TX0004842062 |
| 02/18/1999 | January 1999 | TX0004842087 |
| 03/31/1999 | February 1999 | TX0004870866 |
| 05/03/1999 | March 1999 | TX0004887975 |
| 05/25/1999 | April 1999 | TX0004222694 |
| 07/06/1999 | May 1999 | TX0004920404 |
| 07/30/1999 | June 1999 | TX0005022674 |
| 10/18/1999 | July 1999 | TX0003767465 |
| 10/18/1999 | August 1999 | TX0003767471 |
| 11/15/1999 | September 1999 | TX0004987002 |
| 12/01/1999 | October 1999 | TX0005041519 |
| 01/10/2000 | November 1999 | TX0005041498 |
| 02/07/2000 | December 1999 | TX0005041656 |
| 02/28/2000 | January 2000 | TX0005108511 |
| 04/17/2000 | February 2000 | TX0005082280 |
| 05/01/2000 | March 2000 | TX0005091223 |
| 06/07/2000 | April 2000 | TX0005113801 |
| 06/29/2000 | May 2000 | TX0005132868 |
| 07/31/2000 | June 2000 | TX0005146131 |

**Morning Call**

| 09/01/2000 | July 2000 | TX0005156578 |
|---|---|---|
| 10/03/2000 | August 2000 | TX0005173625 |
| 11/02/2000 | September 2000 | TX0005193069 |
| 12/06/2000 | October 2000 | TX0005228760 |
| 01/04/2001 | November 2000 | TX0005209676 |
| 02/08/2001 | December 2000 | TX0005274284 |
| 03/08/2001 | January 2001 | TX0005254005 |
| 03/28/2001 | February 2001 | TX0005282868 |
| 05/14/2001 | March 2001 | TX0005312542 |
| 06/06/2001 | April 2001 | TX0005321497 |
| 07/19/2001 | May 2001 | TX0005355300 |
| 08/01/2001 | June 2001 | TX0005355332 |
| 09/12/2001 | July 2001 | TX0005388871 |
| 10/25/2001 | August 2001 | TX0005396058 |
| 11/08/2001 | September 2001 | TX0005396075 |
| 12/07/2001 | October 2001 | TX0005433202 |
| 01/16/2002 | November 2001 | TX0005456234 |
| 02/06/2002 | December 2001 | TX0005582154 |
| 03/14/2002 | January 2002 | TX0005582153 |
| 04/12/2002 | February 2002 | TX0005582156 |
| 04/26/2002 | March 2002 | TX0005582152 |
| 05/31/2002 | April 2002 | TX0005582155 |
| 07/08/2002 | May 2002 | TX0005639684 |
| 08/19/2002 | June 2002 | TX0005613737 |
| 08/29/2002 | July 2002 | TX0005613132 |
| 10/22/2002 | August 2002 | TX0005647177 |
| 02/03/2003 | September 2002 | TX0005660323 |
| 12/17/2002 | October 2002 | TX0005657800 |
| 01/13/2003 | November 2002 | TX0005675113 |
| 02/14/2003 | December 2002 | TX0005835107 |
| 03/18/2003 | January 2003 | TX0005707900 |
| 04/11/2003 | February 2003 | TX0005707906 |
| 05/14/2003 | March 2003 | TX0005732251 |
| 06/25/2003 | April 2003 | TX0005806553 |
| 07/16/2003 | May 2003 | TX0005800568 |
| 08/22/2003 | June 2003 | TX0005835372 |
| 09/02/2003 | July 2003 | TX0005809518 |
| 10/15/2003 | August 2003 | TX0005874633 |
| 11/12/2003 | September 2003 | TX0005870390 |
| 12/16/2003 | October 2003 | TX0005870441 |
| 01/12/2004 | November 2003 | TX0005874156 |
| 02/09/2004 | December 2003 | TX0005902809 |

**Morning Call**

| | | |
|---|---|---|
| 03/15/2004 | January 2004 | TX0005921981 |
| 04/16/2004 | February 2004 | TX0005964869 |
| 05/12/2004 | March 2004 | TX0005970874 |
| 06/22/2004 | April 2004 | TX0006017250 |
| 07/12/2004 | May 2004 | TX0005989238 |
| 08/31/2004 | June 2004 | TX0006018366 |
| 09/27/2004 | July 2004 | TX0006079522 |
| 10/15/2004 | August 2004 | TX0006052627 |
| 11/15/2004 | September 2004 | TX0006067070 |
| 12/15/2004 | October 2004 | TX0006078621 |
| 01/18/2005 | November 2004 | TX0006093156 |
| 02/24/2005 | December 2004 | TX0006128301 |
| 03/11/2005 | January 2005 | TX0006128318 |
| 04/19/2005 | February 2005 | TX0006150095 |
| 05/13/2005 | March 2005 | TX0006172325 |
| 06/24/2005 | April 2005 | TX0006181352 |
| 07/19/2005 | May 2005 | TX0006215845 |
| 08/09/2005 | June 2005 | TX0006215891 |
| 09/07/2005 | July 2005 | TX0006215789 |
| 10/14/2005 | August 2005 | TX0006210809 |
| 11/01/2005 | September 2005 | TX0006210875 |
| 12/07/2005 | October 2005 | TX0006331199 |
| 01/23/2006 | November 2005 | TX0006299068 |
| 02/27/2006 | December 2005 | TX0006326578 |
| 03/17/2006 | January 2006 | TX0006326579 |
| 04/28/2006 | February 2006 | TX0006337634 |
| 05/30/2006 | March 2006 | TX0006340525 |
| 06/16/2006 | April 2006 | TX0006379249 |
| 07/10/2006 | May 2006 | TX0006422080 |
| 08/16/2006 | June 2006 | TX0006447312 |
| 09/08/2006 | July 2006 | TX0006441760 |
| 10/13/2006 | August 2006 | TX0006436524 |
| 10/27/2006 | September 2006 | TX0006436498 |
| 01/29/2007 | November 2006 | TX0006511621 |
| 02/14/2007 | December 2006 | TX0006511541 |
| 03/09/2007 | January 2007 | TX0006520718 |
| 04/09/2007 | February 2007 | TX0006550563 |
| 05/15/2007 | March 2007 | TX0006613933 |
| 06/15/2007 | April 2007 | TX0006587871 |
| 07/27/2007 | May 2007 | TX0006614513 |
| 08/08/2007 | June 2007 | TX0006630232 |
| 09/05/2007 | July 2007 | TX0006630253 |

**Morning Call**

| | | |
|---|---|---|
| 09/22/2007 | August 2007 | TX0006630153 |
| 11/19/2007 | September 2007 | TX0006644139 |
| 11/30/2007 | October 2007 | TX0006644576 |
| 01/11/2008 | November 2007 | TX0006644364 |
| 02/26/2008 | December 2007 | TX0006647467 |
| 03/31/2008 | January 2008 | TX0006648695 |
| 04/14/2008 | February 2008 | TX0006648271 |
| 05/02/2008 | March 2008 | TX0006648703 |
| 06/23/2008 | April 2008 | TX0006662447 |
| 07/15/2008 | May 2008 | TX0006631441 |
| 08/21/2008 | June 2008 | TX0006661191 |
| 11/19/2008 | July 2008 | TX0006664965 |
| 11/19/2008 | August 2008 | TX0006665124 |
| 11/19/2008 | September 2008 | TX0006660470 |
| 02/11/2009 | October 2008 | TX0006631852 |
| 02/18/2009 | November 2008 | TX0006631457 |
| 03/02/2009 | December 2008 | TX0006679479 |
| 04/06/2009 | January 2009 | TX0006631626 |
| 04/06/2009 | February 2009 | TX0006631567 |
| 05/11/2009 | March 2009 | TX0006679571 |
| 06/15/2009 | April 2009 | TX0006681732 |
| 07/01/2009 | May 2009 | TX0006679380 |
| 08/04/2009 | June 2009 | TX0006683937 |
| 10/05/2009 | July 2009 | TX0006685715 |
| 10/26/2009 | August 2009 | TX0006700172 |
| 12/08/2009 | September 2009 | TX0006700091 |
| 01/27/2010 | October 2009 | TX0006701573 |
| 02/19/2010 | November 2009 | TX0006701750 |
| 04/05/2010 | December 2009 | TX0006704037 |
| 04/05/2010 | January 2010 | TX0006704017 |
| 05/13/2010 | February 2010 | TX0006704215 |
| 06/25/2010 | April 2010 | TX0006704857 |
| 11/22/2010 | April 2010 | TX0006771693 |
| 11/22/2010 | May 2010 | TX0006771699 |
| 11/22/2010 | June 2010 | TX0006771700 |
| 12/01/2010 | July 2010 | TX0006771695 |
| 12/20/2010 | August 2010 | TX0006771721 |
| 01/18/2011 | September 2010 | TX0006772232; |
| 04/25/2011 | October 2010 | TX0006776401 |
| 02/18/2011 | November 2010 | TX0006772888 |
| 02/22/2011 | December 2010 | TX0006772887 |
| 05/05/2011 | February 2011 | TX0006776251 |

**Morning Call**

| | | |
|---|---|---|
| 05/23/2011 | March 2011 | TX0006776130 |
| 06/27/2011 | April 2011 | TX0006778983 |
| 07/25/2011 | May 2011 | TX0006778883 |
| 09/02/2011 | June 2011 | TX0006787785; |
| 09/06/2011 | July 2011 | TX0006789238; |
| 10/12/2011 | August 2011 | TX0006787812; |
| 11/17/2011 | September 2011 | TX0006787830; |
| 01/18/2012 | October 2011 | TX0006787897; |
| 02/27/2012 | November 2011 | TX0006789382; |
| 03/12/2012 | December 2011 | TX0006790116; |
| 03/26/2012 | January 2012 | TX0006789329 |
| 04/09/2012 | February 2012 | TX0006789754 |
| 05/08/2012 | March 2012 | TX0006789356 |
| 06/18/2012 | April 2012 | TX0006790193 |
| 07/06/2012 | May 2012 | TX0006790304 |
| 09/10/2012 | June 2012 | TX0006604666 |
| 09/26/2012 | July 2012 | TX0006458877 |
| 10/22/2012 | August 2012 | TX0007989762 |
| 12/4/2012 | September 2012 | TX0007695488 |
| 12/27/2012 | October 2012 | TX0007695482 |
| 2/1/2013 | November 2012 | TX0007774016 |
| 2/25/2013 | December 2012 | TX0007801582 |
| 3/19/2013 | January 2013 | TX0007882462 |
| 4/8/2013 | February 2013 | TX0007744881 |
| 5/6/2013 | March 2013 | TX0007903543 |
| 6/26/2013 | April 2013 | TX0007811191 |
| 7/29/2013 | May 2013 | TX0007762391 |
| 9/4/2013 | June 2013 | TX0007768851 |
| 9/30/2013 | July 2013 | TX0008519121 |
| 10/28/2013 | August 2013 | TX0007878859 |
| 11/22/2013 | September 2013 | TX0007888879 |
| 2/4/2014 | October 2013 | TX0008005478 |
| 3/5/2014 | November 2013 | TX0007900390 |
| 4/21/2014 | December 2013 | TX0008077543 |
| 6/3/2014 | January 2014 | TX0007945328 |
| 6/30/2014 | February 2014 | TX0007966955 |
| 7/10/2014 | March 2014 | TX0007937882 |
| 8/25/2014 | April 2014 | TX0008083214 |
| 10/20/2014 | May 2014 | TX0008063568 |
| 11/21/2014 | June 2014 | TX0008078091 |
| 12/30/2014 | July 2014 | TX0008090896 |
| 3/16/2015 | August 2014 | TX0008155465 |

**Morning Call**

| 3/31/2015 | September 2014 | TX0008170868 |
|---|---|---|
| 5/5/2015 | November 2014 | TX0008162995 |
| 5/5/2015 | December 2014 | TX0008163011 |
| 6/15/2015 | January 2015 | TX0008161400 |
| 6/29/2015 | February 2015 | TX0008183006 |
| 4/14/2015 | March 2015 | TX0008201079 |
| 8/10/2015 | March 2015 | TX0008201070 |
| 9/25/2015 | April 2015 | TX0008233104 |
| 10/13/2015 | May 2015 | TX0008233425 |
| 10/19/2015 | June 2015 | TX0008227459 |
| 11/20/2015 | July 2015 | TX0008227296 |
| 12/15/2015 | August 2015 | TX0008240486 |
| 12/15/2015 | September 2015 | TX0008240492 |
| 1/12/2016 | October 2015 | TX0008256001 |
| 2/2/2016 | November 2015 | TX0008284462 |
| 2/23/2016 | December 2015 | TX0008262120 |
| 5/10/2016 | January 2016 | TX0008265635 |
| 5/9/2016 | February 2016 | TX0008265845 |
| 5/10/2016 | March 2016 | TX0008265835 |
| 6/29/2016 | April 2016 | TX0008323955 |
| 8/10/2016 | May 2016 | TX0008565735 |
| 9/9/2016 | June 2016 | TX0008338063 |
| 11/1/2016 | July 2016 | TX0008284404 |
| 12/2/2016 | August 2016 | TX0008385444 |
| 11/21/2016 | September 2016 | TX0008385554 |
| 1/9/2017 | October 2016 | TX0008383940 |
| 1/30/2017 | November 2016 | TX0008352510 |
| 5/11/2017 | December 2016 | TX0008440697 |
| 8/31/2017 | January 2017 | TX0008447915 |
| 8/31/2017 | February 2017 | TX0008447909 |
| 8/4/2017 | March 2017 | TX0008467990 |
| 8/31/2017 | April 2017 | TX0008447755 |
| 9/14/2017 | May 2017 | TX0008447334 |
| 10/10/2017 | June 2017 | TX0008433979 |
| 10/16/2017 | July 2017 | TX0008468807 |
| 1/10/2018 | August 2017 | TX0008496739 |
| 1/11/2018 | September 2017 | TX0008496622 |
| 1/11/2018 | October 2017 | TX0008496785 |
| 2/28/2018 | November 2017 | TX0008782899 |
| 3/12/2018 | December 2017 | TX0008591256 |
| 3/30/2018 | January 2018 | TX0008538954 |
| 4/3/2018 | February 2018 | TX0008538964 |

**Morning Call**

| | | |
|---|---|---|
| 5/4/2018 | March 2018 | TX0008538968 |
| 5/21/2018 | April 2018 | TX0008538974 |
| 6/15/2018 | May 2018 | TX0008550814 |
| 7/18/2018 | June 2018 | TX0008580143 |
| 8/22/2018 | July 2018 | TX0008590963 |
| 9/20/2018 | August 2018 | TX0008619666 |
| 10/12/2018 | September 2018 | TX0008667362 |
| 11/15/2018 | October 2018 | TX0008667984 |
| 12/20/2018 | November 2018 | TX0008668138 |
| 1/4/2019 | December 2018 | TX0008671447 |
| 2/4/2019 | January 2019 | TX0008696209 |
| 3/11/2019 | February 2019 | TX0008742534 |
| 4/16/2019 | March 2019 | TX0008795968 |
| 5/21/2019 | April 2019 | TX0008794250 |
| 6/7/2019 | May 2019 | TX0008792041 |
| 8/5/2019 | June 2019 | TX0008802780 |
| 9/24/2019 | June 2019 | TX0008822029 |
| 9/17/2019 | August 2019 | TX0008819341 |
| 10/31/2019 | September 2019 | TX0008822408 |
| 11/25/2019 | October 2019 | TX0008826093 |
| 12/20/2019 | November 2019 | TX0008826867 |
| 1/6/2020 | December 2019 | TX0008831652 |
| 2/29/2020 | February 2020 | TX0008847870 |
| 10/13/2020 | March 2020 | TX0008910414 |
| 10/13/2020 | April 2020 | TX0008909640 |
| 10/20/2020 | May 2020 | TX0008940824 |
| 10/20/2020 | June 2020 | TX0008940825 |
| 10/20/2020 | July 2020 | TX0008940829 |
| 12/9/2020 | August 2020 | TX0008924375 |
| 12/9/2020 | September 2020 | TX0008924322 |
| 12/26/2020 | October 2020 | TX0008928727 |
| 4/14/2021 | December 2020 | TX0008965128 |
| 11/5/2021 | January 2021 | TX0009091494 |
| 11/5/2021 | February 2021 | TX0009092104 |
| 11/5/2021 | March 2021 | TX0009091618 |
| 11/5/2021 | April 2021 | TX0009091805 |
| 11/9/2021 | May 2021 | TX0009090962 |
| 11/9/2021 | June 2021 | TX0009090903 |
| 11/9/2021 | July 2021 | TX0009090986 |
| 12/7/2021 | August 2021 | TX0009111386 |
| 12/7/2021 | September 2021 | TX0009111146 |
| 12/7/2021 | October 2021 | TX0009111259 |

**Morning Call**

| 3/15/2022 | December 2021 | TX0009140072 |
|---|---|---|
| 3/22/2022 | January 2022 | TX0009141032 |
| 3/22/2022 | February 2022 | TX0009141047 |
| 5/26/2022 | April 2022 | TX0009163174 |
| 6/2/2022 | May 2022 | TX0009162471 |