# EXHIBIT G

**Virginian-Pilot**

| Registration Date | Issue Registered | Registration Number |
| --- | --- | --- |
| 03/25/1994 | April 1993 | TX0003773844 |
| 03/25/1994 | May 1993 | TX0003774321 |
| 03/25/1994 | June 1993 | TX0003773779 |
| 03/25/1994 | July 1993 | TX0003773851 |
| 03/25/1994 | August 1993 | TX0003774340 |
| 03/25/1994 | September 1993 | TX0003773781 |
| 03/25/1994 | October 1993 | TX0003774285 |
| 03/25/1994 | November 1993 | TX0003773850 |
| 03/25/1994 | December 1993 | TX0003773778 |
| 04/22/1994 | January 1994 | TX0003774433 |
| 04/22/1994 | February 1994 | TX0003774325 |
| 07/09/1994 | March 1994 | TX0003833208 |
| 07/06/1994 | April 1994 | TX0003833153 |
| 07/29/1994 | May 1994 | TX0003909807 |
| 08/08/1994 | June 1994 | TX0003833261 |
| 10/18/1994 | July 1994 | TX0003946898 |
| 10/18/1994 | August 1994 | TX0003848879 |
| 12/05/1994 | September 1994 | TX0003946979 |
| 12/05/1994 | October 1994 | TX0003967699 |
| 01/18/1995 | November 1994 | TX0003976813 |
| 03/16/1995 | December 1994 | TX0004016614 |
| 03/17/1995 | January 1995 | TX0004110638 |
| 05/15/1995 | February 1995 | TX0004150607 |
| 05/15/1995 | March 1995 | TX0004150606 |
| 07/31/1995 | April 1995 | TX0004101778 |
| 07/31/1995 | May 1995 | TX0004083584 |
| 09/26/1995 | June 1995 | TX0004110731 |
| 09/26/1995 | July 1995 | TX0004110697 |
| 02/16/1996 | August 1995 | TX0004185021 |
| 02/16/1996 | September 1995 | TX0004185019 |
| 02/16/1996 | October 1995 | TX0004185020 |
| 02/16/1996 | November 1995 | TX0004185017 |
| 02/26/1996 | December 1995 | TX0004185018 |
| 09/13/1996 | January 1996 | TX0004363163 |
| 08/26/1996 | February 1996 | TX0004306140 |
| 09/13/1996 | March 1996 | TX0004363165 |
| 09/13/1996 | April 1996 | TX0004363162 |
| 08/26/1996 | May 1996 | TX0004306178 |
| 09/13/1996 | June 1996 | TX0004363164 |
| 09/17/1996 | July 1996 | TX0004336910 |
| 06/10/1997 | August 1996 | TX0004477759 |

**Virginian-Pilot**

| 04/10/1997 | September 1996 | TX0004459282 |
|---|---|---|
| 04/10/1997 | October 1996 | TX0004528195 |
| 04/10/1997 | November 1996 | TX0004458813 |
| 04/10/1997 | December 1996 | TX0004536206 |
| 04/10/1997 | January 1997 | TX0004528194 |
| 09/04/1997 | February 1997 | TX0004710213 |
| 06/10/1997 | March 1997 | TX0004477786 |
| 09/04/1997 | April 1997 | TX0004710236 |
| 08/11/1998 | May 1997 | TX0004726301 |
| 08/11/1998 | June 1997 | TX0004740444 |
| 08/11/1998 | July 1997 | TX0004730368 |
| 08/13/1998 | August 1997 | TX0004740443 |
| 08/13/1998 | September 1997 | TX0004740441 |
| 08/11/1998 | October 1997 | TX0004740442 |
| 08/11/1998 | November 1997 | TX0004740445 |
| 04/13/1998 | December 1997 | TX0004786582 |
| 08/11/1998 | January 1998 | TX0004726306 |
| 08/11/1998 | February 1998 | TX0004726305 |
| 09/23/1998 | March 1998 | TX0004765944 |
| 09/23/1998 | April 1998 | TX0004765946 |
| 09/23/1998 | May 1998 | TX0004778917 |
| 09/23/1998 | June 1998 | TX0004778922 |
| 12/14/1998 | July 1998 | TX0004646784 |
| 12/14/1998 | August 1998 | TX0004803649 |
| 12/14/1998 | September 1998 | TX0004646785 |
| 12/14/1998 | October 1998 | TX0004646754 |
| 07/14/1999 | November 1998 | TX0004935336 |
| 07/14/1999 | December 1998 | TX0004935339 |
| 03/20/2000 | January 1999 | TX0005092886 |
| 03/20/2000 | February 1999 | TX0005096727 |
| 03/20/2000 | March 1999 | TX0005096730 |
| 03/20/2000 | April 1999 | TX0005096731 |
| 03/20/2000 | May 1999 | TX0005093537 |
| 03/20/2000 | July 1999 | TX0005078465 |
| 03/20/2000 | August 1999 | TX0005078824 |
| 03/20/2000 | September 1999 | TX0005078456 |
| 03/20/2000 | October 1999 | TX0005078821 |
| 03/20/2000 | November 1999 | TX0005062092 |
| 03/20/2000 | December 1999 | TX0005062080 |
| 03/20/2000 | January 2000 | TX0005078813 |
| 07/02/2001 | February 2000 | TX0005488946 |
| 04/02/2001 | March 2000 | TX0005286898 |

**Virginian-Pilot**

| | | |
|---|---|---|
| 07/02/2001 | April 2000 | TX0005345222 |
| 04/02/2001 | May 2000 | TX0005286896 |
| 04/02/2001 | June 2000 | TX0005286901 |
| 04/02/2001 | July 2000 | TX0005286899 |
| 04/02/2001 | August 2000 | TX0005282857 |
| 04/02/2001 | September 2000 | TX0005286910 |
| 04/02/2001 | October 2000 | TX0005377008 |
| 04/02/2001 | November 2000 | TX0005286881 |
| 04/02/2001 | December 2000 | TX0005369223 |
| 04/02/2001 | January 2001 | TX0005286895 |
| 11/27/2001 | February 2001 | TX0005425758 |
| 11/27/2001 | March 2001 | TX0005425757 |
| 11/26/2001 | April 2001 | TX0005433192 |
| 11/27/2001 | May 2001 | TX0005425759 |
| 11/27/2001 | June 2001 | TX0005425760 |
| 11/27/2001 | July 2001 | TX0005425761 |
| 08/08/2003 | August 2001 | TX0005868379 |
| 06/14/2005 | September 2001 | TX0006181997 |
| 08/08/2003 | October 2001 | TX0005868384 |
| 06/14/2005 | November 2001 | TX0006181995 |
| 06/14/2005 | December 2001 | TX0006181996 |
| 06/14/2005 | January 2002 | TX0006181998 |
| 06/14/2005 | February 2002 | TX0006181999 |
| 08/08/2003 | March 2002 | TX0005800592 |
| 08/11/2003 | April 2002 | TX0005807241 |
| 08/08/2003 | May 2002 | TX0005800569 |
| 08/08/2003 | June 2002 | TX0005807245 |
| 08/11/2003 | July 2002 | TX0005874648 |
| 08/11/2003 | August 2002 | TX0005868376 |
| 08/11/2003 | September 2002 | TX0005868383 |
| 08/11/2003 | October 2002 | TX0005868380 |
| 08/11/2003 | November 2002 | TX0005868382 |
| 08/11/2003 | December 2002 | TX0005807242 |
| 06/07/2005 | May 2003 | TX0006204335 |
| 06/07/2005 | June 2003 | TX0006204337 |
| 06/07/2005 | July 2003 | TX0006204334 |
| 06/07/2005 | August 2003 | TX0006204336 |
| 06/07/2005 | September 2003 | TX0006204741 |
| 06/07/2005 | November 2003 | TX0006204333 |
| 06/07/2005 | December 2003 | TX0006204332 |
| 05/19/2006 | January 2004 | TX0006340511 |
| 05/19/2006 | February 2004 | TX0006340475 |

**Virginian-Pilot**

| | | |
|---|---|---|
| 05/19/2006 | March 2004 | TX0006340514 |
| 05/19/2006 | April 2004 | TX0006340499 |
| 05/19/2006 | May 2004 | TX0006340482 |
| 05/19/2006 | June 2004 | TX0006349966 |
| 05/19/2006 | July 2004 | TX0006349923 |
| 05/19/2006 | August 2004 | TX0006349927 |
| 05/19/2006 | September 2004 | TX0006349924 |
| 05/19/2006 | October 2004 | TX0006340512 |
| 04/19/2006 | November 2004 | TX0006411165 |
| 04/19/2006 | December 2004 | TX0006411161 |
| 04/19/2006 | January 2005 | TX0006379135 |
| 04/19/2006 | February 2005 | TX0006379136 |
| 04/19/2006 | March 2005 | TX0006379137 |
| 04/19/2006 | April 2005 | TX0006379138 |
| 04/19/2006 | May 2005 | TX0006379139 |
| 05/19/2006 | June 2005 | TX0006349968 |
| 05/19/2006 | July 2005 | TX0006349928 |
| 05/19/2006 | August 2005 | TX0006349920 |
| 05/19/2006 | September 2005 | TX0006349921 |
| 05/19/2006 | October 2005 | TX0006349912 |
| 05/19/2006 | November 2005 | TX0006349935 |
| 05/19/2006 | December 2005 | TX0006349911 |
| 07/09/2007 | January 2006 | TX0006608039 |
| 07/09/2007 | February 2006 | TX0006608033 |
| 07/09/2007 | March 2006 | TX0006608038 |
| 07/09/2007 | April 2006 | TX0006608040 |
| 07/09/2007 | May 2006 | TX0006608035 |
| 07/09/2007 | June 2006 | TX0006608034 |
| 07/11/2007 | July 2006 | TX0006647435 |
| 07/11/2007 | August 2006 | TX0006647433 |
| 07/11/2007 | September 2006 | TX0006647434 |
| 07/11/2007 | October 2006 | TX0006647436 |
| 07/05/2007 | November 2006 | TX0006607971 |
| 07/05/2007 | December 2006 | TX0006607972 |
| 05/15/2008 | January 2007 | TX0006647000 |
| 05/15/2008 | February 2007 | TX0006647001 |
| 05/15/2008 | March 2007 | TX0006646998 |
| 05/15/2008 | April 2007 | TX0006646998 |
| 05/15/2008 | May 2007 | TX0006647188 |
| 05/15/2008 | June 2007 | TX0006647189 |
| 05/15/2008 | July 2007 | TX0006647190 |
| 05/15/2008 | August 2007 | TX0006647191 |

**Virginian-Pilot**

| | | |
|---|---|---|
| 05/15/2008 | September 2007 | TX0006647184 |
| 05/15/2008 | October 2007 | TX0006647185 |
| 05/15/2008 | November 2007 | TX0006647186 |
| 05/15/2008 | December 2007 | TX0006647187 |
| 04/24/2009 | January 2008 | TX0006679529 |
| 04/24/2009 | February 2008 | TX0006679519 |
| 04/24/2009 | March 2008 | TX0006679523 |
| 04/24/2009 | April 2008 | TX0006679540 |
| 04/24/2009 | May 2008 | TX0006679522 |
| 04/24/2009 | June 2008 | TX0006679541 |
| 04/24/2009 | July 2008 | TX0006631539 |
| 04/24/2009 | August 2008 | TX0006631541 |
| 9/23/2018 | August 2008 | TX0008651143 |
| 9/23/2018 | October 2008 | TX0008651139 |
| 04/24/2009 | October 2008 | TX0006631543 |
| 9/23/2018 | November 2008 | TX0008651141 |
| 04/24/2009 | November 2008 | TX0006631538 |
| 9/23/2018 | December 2008 | TX0008651134 |
| 04/24/2009 | December 2008 | TX0006631542 |
| 10/19/2018 | January 2009 | TX0008651129 |
| 12/16/2010 | January 2009 | TX0006771664 |
| 10/19/2018 | February 2009 | TX0008650606 |
| 12/16/2010 | February 2009 | TX0006771665 |
| 10/19/2018 | March 2009 | TX0008650916 |
| 12/16/2010 | March 2009 | TX0006771666 |
| 10/19/2018 | April 2009 | TX0008650918 |
| 12/16/2010 | April 2009 | TX0006771667 |
| 10/19/2018 | May 2009 | TX0008651117 |
| 12/16/2010 | May 2009 | TX0006771668 |
| 10/19/2018 | June 2009 | TX0008651127 |
| 12/16/2010 | June 2009 | TX0006771669 |
| 10/19/2018 | July 2009 | TX0008650920 |
| 12/16/2010 | July 2009 | TX0006771670 |
| 10/19/2018 | August 2009 | TX0008650913 |
| 12/16/2010 | August 2009 | TX0006771671 |
| 10/19/2018 | September 2009 | TX0008650899 |
| 12/16/2010 | September 2009 | TX0006612367; |
| 10/19/2018 | October 2009 | TX0008651120 |
| 12/16/2010 | October 2009 | TX0006771406 |
| 10/19/2018 | November 2009 | TX0008651114 |
| 12/16/2010 | November 2009 | TX0006771405 |
| 10/19/2018 | December 2009 | TX0008650585 |

**Virginian-Pilot**

| | | |
|---|---|---|
| 12/16/2010 | December 2009 | TX0006771404 |
| 10/19/2018 | January 2010 | TX0008650887 |
| 05/29/2012 | January 2010 | TX0006789531 |
| 10/19/2018 | February 2010 | TX0008650625 |
| 05/29/2012 | February 2010 | TX0006789786 |
| 10/19/2018 | March 2010 | TX0008650621 |
| 05/29/2012 | March 2010 | TX0006789783 |
| 10/19/2018 | April 2010 | TX0008650610 |
| 05/29/2012 | April 2010 | TX0006789779 |
| 10/19/2018 | May 2010 | TX0008650894 |
| 05/29/2012 | May 2010 | TX0006789787 |
| 10/19/2018 | June 2010 | TX0008650895 |
| 05/29/2012 | June 2010 | TX0006789533 |
| 10/19/2018 | July 2010 | TX0008650897 |
| 05/29/2012 | July 2010 | TX0006789528 |
| 10/19/2018 | August 2010 | TX0008651131 |
| 05/29/2012 | August 2010 | TX0006789529 |
| 10/19/2018 | September 2010 | TX0008650903 |
| 05/29/2012 | September 2010 | TX0006789532 |
| 10/19/2018 | October 2010 | TX0008650907 |
| 05/29/2012 | October 2010 | TX0006789784 |
| 10/19/2018 | November 2010 | TX0008651125 |
| 05/29/2012 | November 2010 | TX0006789788 |
| 10/19/2018 | December 2010 | TX0008650910 |
| 05/29/2012 | December 2010 | TX0006789530 |
| 1/2/2019 | January 2011 | TX0008674171 |
| 1/2/2019 | February 2011 | TX0008674165 |
| 1/2/2019 | March 2011 | TX0008674187 |
| 1/2/2019 | April 2011 | TX0008674191 |
| 09/17/2012 | April 2011 | TX0006573185 |
| 1/2/2019 | May 2011 | TX0008674185 |
| 1/2/2019 | June 2011 | TX0008674173 |
| 1/2/2019 | July 2011 | TX0008674188 |
| 09/17/2012 | July 2011 | TX0006573184 |
| 1/2/2019 | August 2011 | TX0008674167 |
| 09/17/2012 | August 2011 | TX0006573183 |
| 1/2/2019 | September 2011 | TX0008674175 |
| 1/2/2019 | October 2011 | TX0008674146 |
| 09/17/2012 | October 2011 | TX0006573182 |
| 1/2/2019 | November 2011 | TX0008674183 |
| 1/2/2019 | December 2011 | TX0008674189 |
| 1/3/2019 | January 2012 | TX0008674046 |

**Virginian-Pilot**

| 10/1/2013 | January 2012 | TX0007903378 |
|---|---|---|
| 10/1/2013 | February 2012 | TX0007903394 |
| 1/3/2019 | February 2012 | TX0008674056 |
| 1/3/2019 | March 2012 | TX0008674062 |
| 10/1/2013 | March 2012 | TX0007903370 |
| 1/3/2019 | April 2012 | TX0008674065 |
| 10/1/2013 | April 2012 | TX0007903384 |
| 1/3/2019 | May 2012 | TX0008674048 |
| 10/1/2013 | May 2012 | TX0007904051 |
| 1/3/2019 | June 2012 | TX0008674079 |
| 10/1/2013 | June 2012 | TX0007903974 |
| 1/3/2019 | July 2012 | TX0008674114 |
| 10/1/2013 | July 2012 | TX0007903358 |
| 1/3/2019 | August 2012 | TX0008674054 |
| 10/1/2013 | August 2012 | TX0007903353 |
| 1/3/2019 | September 2012 | TX0008674044 |
| 10/1/2013 | September 2012 | TX0007904112 |
| 1/3/2019 | October 2012 | TX0008674041 |
| 10/1/2013 | October 2012 | TX0007904143 |
| 1/3/2019 | November 2012 | TX0008673850 |
| 10/1/2013 | November 2012 | TX0007903389 |
| 1/3/2019 | December 2012 | TX0008673848 |
| 10/1/2013 | December 2012 | TX0007904096 |
| 7/15/2019 | January 2013 | TX0008765584 |
| 9/28/2015 | January 2013 | TX0008232311 |
| 7/15/2019 | February 2013 | TX0008765587 |
| 9/28/2015 | February 2013 | TX0008232316 |
| 7/15/2019 | March 2013 | TX0008765611 |
| 9/28/2015 | March 2013 | TX0008232321 |
| 7/15/2019 | April 2013 | TX0008765620 |
| 9/28/2015 | April 2013 | TX0008232326 |
| 7/15/2019 | May 2013 | TX0008765614 |
| 9/28/2015 | May 2013 | TX0008232338 |
| 7/15/2019 | June 2013 | TX0008765579 |
| 9/28/2015 | June 2013 | TX0008232340 |
| 7/15/2019 | July 2013 | TX0008765576 |
| 9/28/2015 | July 2013 | TX0008232355 |
| 7/15/2019 | August 2013 | TX0008765296 |
| 9/28/2015 | August 2013 | TX0008232359 |
| 7/15/2019 | September 2013 | TX0008765392 |
| 9/28/2015 | September 2013 | TX0008232372 |
| 7/15/2019 | October 2013 | TX0008765384 |

**Virginian-Pilot**

| 9/28/2015 | October 2013 | TX0008232374 |
|---|---|---|
| 7/15/2019 | November 2013 | TX0008765435 |
| 9/28/2015 | November 2013 | TX0008232395 |
| 7/15/2019 | December 2013 | TX0008765600 |
| 9/28/2015 | December 2013 | TX0008232588 |
| 7/15/2019 | January 2014 | TX0008765150 |
| 4/18/2016 | January 2014 | TX0008266500 |
| 7/15/2019 | February 2014 | TX0008765122 |
| 4/18/2016 | February 2014 | TX0008266535 |
| 7/15/2019 | March 2014 | TX0008765378 |
| 4/18/2016 | March 2014 | TX0008266492 |
| 7/15/2019 | April 2014 | TX0008765374 |
| 4/18/2016 | April 2014 | TX0008266563 |
| 7/15/2019 | May 2014 | TX0008765448 |
| 4/18/2016 | May 2014 | TX0008266516 |
| 7/15/2019 | June 2014 | TX0008765603 |
| 4/18/2016 | June 2014 | TX0008266523 |
| 7/15/2019 | July 2014 | TX0008765303 |
| 4/18/2016 | July 2014 | TX0008266355 |
| 7/15/2019 | August 2014 | TX0008765568 |
| 4/18/2016 | August 2014 | TX0008266577 |
| 7/15/2019 | September 2014 | TX0008765522 |
| 4/18/2016 | September 2014 | TX0008266353 |
| 7/15/2019 | October 2014 | TX0008765623 |
| 4/18/2016 | October 2014 | TX0008266543 |
| 7/15/2019 | November 2014 | TX0008765597 |
| 4/18/2016 | November 2014 | TX0008266356 |
| 7/15/2019 | December 2014 | TX0008765592 |
| 4/18/2016 | December 2014 | TX0008266351 |
| 12/27/2019 | January 2015 | TX0008832211 |
| 3/10/2017 | January 2015 | TX0008386395 |
| 12/27/2019 | February 2015 | TX0008833020 |
| 3/10/2017 | February 2015 | TX0008386381 |
| 12/27/2019 | March 2015 | TX0008831766 |
| 3/10/2017 | March 2015 | TX0008386383 |
| 12/27/2019 | April 2015 | TX0008833011 |
| 3/10/2017 | April 2015 | TX0008348651 |
| 12/27/2019 | May 2015 | TX0008832162 |
| 3/10/2017 | May 2015 | TX0008348673 |
| 12/27/2019 | June 2015 | TX0008832164 |
| 3/10/2017 | June 2015 | TX0008385619 |
| 12/27/2019 | July 2015 | TX0008832200 |

**Virginian-Pilot**

| | | |
|---|---|---|
| 3/10/2017 | July 2015 | TX0008348617 |
| 12/27/2019 | August 2015 | TX0008832166 |
| 3/10/2017 | August 2015 | TX0008348666 |
| 12/27/2019 | September 2015 | TX0008832486 |
| 3/10/2017 | September 2015 | TX0008386398 |
| 12/27/2019 | October 2015 | TX0008832178 |
| 3/10/2017 | October 2015 | TX0008386389 |
| 12/27/2019 | November 2015 | TX0008833054 |
| 3/10/2017 | November 2015 | TX0008348341 |
| 12/27/2019 | December 2015 | TX0008833042 |
| 3/10/2017 | December 2015 | TX0008348657 |
| 12/30/2019 | January 2016 | TX0008833002 |
| 11/8/2017 | January 2016 | TX0008473039 |
| 12/30/2019 | February 2016 | TX0008831797 |
| 11/8/2017 | February 2016 | TX0008472947 |
| 12/30/2019 | March 2016 | TX0008831789 |
| 11/8/2017 | March 2016 | TX0008472998 |
| 12/30/2019 | April 2016 | TX0008831776 |
| 11/8/2017 | April 2016 | TX0008473027 |
| 12/30/2019 | May 2016 | TX0008831791 |
| 11/8/2017 | May 2016 | TX0008472984 |
| 12/30/2019 | June 2016 | TX0008831801 |
| 11/8/2017 | June 2016 | TX0008472940 |
| 12/30/2019 | July 2016 | TX0008831782 |
| 11/8/2017 | July 2016 | TX0008472953 |
| 12/30/2019 | August 2016 | TX0008832223 |
| 11/8/2017 | August 2016 | TX0008472903 |
| 12/30/2019 | September 2016 | TX0008832213 |
| 11/8/2017 | September 2016 | TX0008472991 |
| 11/8/2017 | October 2016 | TX0008473033 |
| 12/30/2019 | November 2016 | TX0008831785 |
| 11/8/2017 | November 2016 | TX0008473016 |
| 12/30/2019 | December 2016 | TX0008831795 |
| 11/8/2017 | December 2016 | TX0008472960 |
| 5/11/2020 | March 2020 | TX0008886550 |