# EXHIBIT H

**Los Angeles Daily News**

| Registration Date | Issue Registered | Registration Number |
|---|---|---|
| 04/27/2007 | January 2007 | TX0006614052 |
| 07/27/2007 | February 2007 | TX0006614577 |
| 07/27/2007 | March 2007 | TX0006614578 |
| 12/21/2007 | April 2007 | TX0006644506 |
| 12/21/2007 | May 2007 | TX0006644507 |
| 02/08/2008 | June 2007 | TX0006646305 |
| 02/08/2008 | July 2007 | TX0006646304 |
| 03/28/2008 | August 2007 | TX0006662552 |
| 04/03/2008 | October 2007 | TX0006662549 |
| 04/03/2008 | November 2007 | TX0006662548 |
| 04/03/2008 | December 2007 | TX0006647066 |
| 04/03/2008 | January 2008 | TX0006647065 |
| 07/28/2008 | February 2008 | TX0006662640 |
| 07/28/2008 | March 2008 | TX0006662642 |
| 07/28/2008 | April 2008 | TX0006662641 |
| 07/28/2008 | May 2008 | TX0006662643 |
| 06/01/2009 | June 2008 | TX0006679672 |
| 06/01/2009 | July 2008 | TX0006679673 |
| 06/01/2009 | August 2008 | TX0006631438 |
| 06/01/2009 | September 2008 | TX0006631421 |
| 06/01/2009 | November 2008 | TX0006679518 |
| 06/01/2009 | December 2008 | TX0006631491 |
| 06/01/2009 | January 2009 | TX0006631494 |
| 06/01/2009 | February 2009 | TX0006631427 |
| 06/01/2009 | March 2009 | TX0006631426 |
| 01/19/2010 | April 2009 | TX0006701586 |
| 01/19/2010 | May 2009 | TX0006701587 |
| 01/19/2010 | June 2009 | TX0006701589 |
| 01/19/2010 | July 2009 | TX0006701588 |
| 01/19/2010 | August 2009 | TX0006701585 |
| 01/19/2010 | September 2009 | TX0006701584 |
| 01/19/2010 | October 2009 | TX0006701587 |
| 01/19/2010 | November 2009 | TX0006701586 |
| 11/23/2010 | December 2009 | TX0006771706 |
| 11/23/2010 | January 2010 | TX0006771707 |
| 11/23/2010 | February 2010 | TX0006771708 |
| 11/23/2011 | March 2010 | TX0006771685 |
| 11/23/2010 | April 2010 | TX0006771686 |
| 01/31/2010 | May 2010 | TX0006771422 |
| 01/21/2010 | June 2010 | TX0006771529 |
| 04/11/2011 | July 2010 | TX0006772800 |

**Los Angeles Daily News**

| 04/27/2011 | August 2010 | TX0006778269 |
|---|---|---|
| 04/11/2011 | September 2010 | TX0006772801 |
| 04/27/2011 | October 2010 | TX0006776397 |
| 04/11/2011 | November 2010 | TX0006772802 |
| 04/27/2011 | December 2010 | TX0006776395 |
| 08/01/2011 | January 2011 | TX0006778908 |
| 08/01/2011 | February 2011 | TX0006778887 |
| 08/01/2011 | March 2011 | TX0006778886 |
| 01/09/2012 | April 2011 | TX0006788722 |
| 01/09/2012 | May 2011 | TX0006788721 |
| 01/09/2012 | June 2011 | TX0006788723 |
| 03/05/2012 | July 2011 | TX0006787904 |
| 03/05/2012 | August 2011 | TX0006788025 |
| 03/05/2012 | September 2011 | TX0006787905 |
| 03/05/2012 | October 2011 | TX0006788041 |
| 03/05/2012 | November 2011 | TX0006788799 |
| 03/05/2012 | December 2011 | TX0006788801 |
| 06/29/2012 | January 2012 | TX0006573117 |
| 06/29/2012 | February 2012 | TX0006573114 |
| 06/29/2012 | March 2012 | TX0006573115 |
| 08/14/2012 | April 2012 | TX0006612270 |
| 08/14/2012 | May 2012 | TX0006573296 |
| 08/14/2012 | June 2012 | TX0006612269 |
| 10/31/2012 | July 2012 | TX0007695920 |
| 10/31/2012 | August 2012 | TX0007695896 |
| 2/19/2013 | September 2012 | TX0007779525 |
| 2/19/2013 | October 2012 | TX0007778734 |
| 8/29/2013 | November 2012 | TX0007916329 |
| 8/29/2013 | December 2012 | TX0007916367 |
| 8/29/2013 | January 2013 | TX0007916347 |
| 8/29/2013 | February 2013 | TX0008106623 |
| 8/29/2013 | March 2013 | TX0007916358 |
| 8/29/2013 | April 2013 | TX0008106660 |
| 8/29/2013 | May 2013 | TX0008106674 |
| 2/4/2014 | June 2013 | TX0007954463 |
| 2/4/2014 | July 2013 | TX0007954470 |
| 2/4/2014 | August 2013 | TX0007956001 |
| 5/9/2014 | September 2013 | TX0008000593 |
| 5/9/2014 | October 2013 | TX0007956056 |
| 5/9/2014 | November 2013 | TX0007956050 |
| 5/9/2014 | December 2013 | TX0008000178 |
| 5/9/2014 | January 2014 | TX0007949732 |

**Los Angeles Daily News**

| 5/9/2014 | February 2014 | TX0008000112 |
|---|---|---|
| 1/21/2015 | March 2014 | TX0008109570 |
| 1/21/2015 | April 2014 | TX0008109596 |
| 1/21/2015 | May 2014 | TX0008109632 |
| 1/21/2015 | July 2014 | TX0008109577 |
| 11/17/2015 | August 2014 | TX0008241106 |
| 11/17/2015 | September 2014 | TX0008241113 |
| 11/17/2015 | October 2014 | TX0008241122 |
| 11/17/2015 | November 2014 | TX0008241125 |
| 11/17/2015 | December 2014 | TX0008241235 |
| 11/23/2015 | January 2015 | TX0008241260 |
| 11/23/2015 | February 2015 | TX0008241267 |
| 11/23/2015 | March 2015 | TX0008241283 |
| 11/23/2015 | April 2015 | TX0008241340 |
| 11/23/2015 | May 2015 | TX0008241356 |
| 9/12/2016 | June 2015 | TX0008308900 |
| 9/12/2016 | July 2015 | TX0008308893 |
| 9/12/2016 | August 2015 | TX0008308933 |
| 9/12/2016 | September 2015 | TX0008308924 |
| 9/12/2016 | October 2015 | TX0008308879 |
| 11/9/2016 | November 2015 | TX0008342637 |
| 11/9/2016 | December 2015 | TX0008342808 |
| 11/9/2016 | January 2016 | TX0008342855 |
| 11/9/2016 | February 2016 | TX0008342893 |
| 11/9/2016 | March 2016 | TX0008342928 |
| 5/19/2017 | April 2016 | TX0008420552 |
| 5/19/2017 | May 2016 | TX0008423577 |
| 5/19/2017 | June 2016 | TX0008423544 |
| 5/19/2017 | July 2016 | TX0008423578 |
| 5/19/2017 | August 2016 | TX0008420566 |
| 5/19/2017 | September 2016 | TX0008373836 |
| 5/19/2017 | October 2016 | TX0008373851 |
| 5/19/2017 | November 2016 | TX0008373875 |
| 5/19/2017 | December 2016 | TX0008373814 |
| 9/27/2017 | January 2017 | TX0008472179 |
| 9/27/2017 | February 2017 | TX0008472162 |
| 9/27/2017 | March 2017 | TX0008472143 |
| 9/27/2017 | April 2017 | TX0008472117 |
| 2/13/2018 | May 2017 | TX0008547499 |
| 2/13/2018 | June 2017 | TX0008547561 |
| 2/13/2018 | July 2017 | TX0008547535 |
| 2/13/2018 | August 2017 | TX0008547598 |

**Los Angeles Daily News**

| 5/20/2019 | November 2018 | TX0008764606 |
|-----------|---------------|--------------|
| 6/14/2019 | December 2018 | TX0008799926 |