# EXHIBIT I

**San Diego Union-Tribune**

| Registration Date | Issue Registered | Registration Number |
|---|---|---|
| 1994-06-14 | January 1994 | TX0003774429 |
| 1994-06-24 | February 1994 | TX0003909713 |
| 1994-06-20 | March 1994 | TX0003909804 |
| 1994-07-21 | April 1994 | TX0003848785 |
| 1994-09-22 | June 1994 | TX0003915940 |
| 1994-10-11 | July 1994 | TX0003915961 |
| 1994-11-23 | August 1994 | TX0003958095 |
| 1994-12-20 | September 1994 | TX0003946952 |
| 1995-01-17 | October 1994 | TX0003976808 |
| 1995-03-01 | November 1994 | TX0004016650 |
| 1995-03-10 | December 1994 | TX0004004821 |
| 1995-05-08 | January 1995 | TX0004058126 |
| 1995-06-27 | February 1995 | TX0004034736 |
| 1995-07-03 | March 1995 | TX0004083500 |
| 1995-08-08 | April 1995 | TX0004546103 |
| 1995-09-07 | May 1995 | TX0004101939 |
| 1995-10-10 | June 1995 | TX0004123180 |
| 1997-01-26 | July 1995 | TX0004461731 |
| 1995-12-18 | August 1995 | TX0004165977 |
| 1996-12-06 | September 1995 | TX0004426822 |
| 1996-01-29 | October 1995 | TX0004181250 |
| 1996-02-06 | November 1995 | TX0004156418 |
| 1996-03-04 | December 1995 | TX0004194920 |
| 1996-04-22 | January 1996 | TX0004211571 |
| 1996-05-17 | February 1996 | TX0004225007 |
| 1996-06-20 | March 1996 | TX0004301696 |
| 1996-07-01 | April 1996 | TX0004237058 |
| 1996-08-12 | May 1996 | TX0004336877 |
| 1996-08-19 | June 1996 | TX0004319344 |
| 1996-09-06 | July 1996 | TX0004420496 |
| 1996-11-01 | August 1996 | TX0004363206 |
| 1996-11-20 | September 1996 | TX0004419888 |
| 1997-01-16 | October 1996 | TX0004399576 |
| 1997-02-18 | November 1996 | TX0004420514 |
| 1997-03-14 | December 1996 | TX0004437304 |
| 1997-03-31 | January 1997 | TX0004468845 |
| 1997-04-10 | February 1997 | TX0004459275 |
| 1997-05-07 | March 1997 | TX0004464726 |
| 1997-07-10 | April 1997 | TX0004512998 |
| 1997-08-07 | May 1997 | TX0004528188 |
| 1997-09-04 | June 1997 | TX0004536222 |

**San Diego Union-Tribune**

| 1997-10-14 | July 1997 | TX0004548883 |
|---|---|---|
| 1997-10-28 | August 1997 | TX0004557377 |
| 1997-12-08 | September 1997 | TX0004580896 |
| 1998-01-08 | October 1997 | TX0004602726 |
| 1998-02-12 | November 1997 | TX0004616437 |
| 1998-02-27 | December 1997 | TX0004625289 |
| 1998-05-08 | January 1998 | TX0004706144 |
| 1998-04-28 | February 1998 | TX0004661112 |
| 1998-07-14 | March 1998 | TX0004722461 |
| 1998-09-01 | April 1998 | TX0004922012 |
| 1998-07-30 | May 1998 | TX0004765956 |
| 1998-09-03 | June 1998 | TX0004740481 |
| 1998-09-22 | July 1998 | TX0004770506 |
| 1998-10-30 | August 1998 | TX0004778971 |
| 1998-12-18 | September 1998 | TX0004646767 |
| 1999-01-20 | October 1998 | TX0004835717 |
| 1999-03-08 | November 1998 | TX0004861630 |
| 1999-03-08 | December 1998 | TX0004861631 |
| 1999-04-02 | January 1999 | TX0004870909 |
| 1999-05-07 | February 1999 | TX0004888266 |
| 1999-05-27 | March 1999 | TX0004894404 |
| 1999-06-10 | April 1999 | TX0004919668 |
| 1999-09-24 | May 1999 | TX0005028468 |
| 1999-09-14 | June 1999 | TX0004054807 |
| 1999-10-14 | July 1999 | TX0003767435 |
| 1999-11-02 | August 1999 | TX0004987005 |
| 1999-12-10 | September 1999 | TX0005023360 |
| 1999-12-30 | October 1999 | TX0005041657 |
| 2000-02-07 | November 1999 | TX0005041629 |
| 2000-03-14 | December 1999 | TX0005062116 |
| 2000-03-29 | January 2000 | TX0005066694 |
| 2000-04-21 | February 2000 | TX0005087265 |
| 2000-06-02 | March 2000 | TX0005105333 |
| 2000-07-05 | April 2000 | TX0005132878 |
| 2000-08-11 | May 2000 | TX0005148178 |
| 2000-08-24 | June 2000 | TX0005156594 |
| 2000-10-06 | July 2000 | TX0005174123 |
| 2000-11-16 | August 2000 | TX0005209660 |
| 2000-12-14 | September 2000 | TX0005210443 |
| 2001-01-18 | October 2000 | TX0005234345 |
| 2001-02-01 | November 2000 | TX0005295750 |
| 2001-03-26 | December 2000 | TX0005286642 |

**San Diego Union-Tribune**

| 2001-04-03 | January 2001 | TX0005286884 |
|---|---|---|
| 2001-05-29 | February 2001 | TX0005329918 |
| 2001-06-15 | March 2001 | TX0005386349 |
| 2001-08-06 | April 2001 | TX0005355304 |
| 2001-08-06 | May 2001 | TX0005355354 |
| 2001-10-04 | June 2001 | TX0005407577 |
| 2001-10-25 | July 2001 | TX0005405019 |
| 2001-12-12 | August 2001 | TX0005442703 |
| 2001-12-12 | September 2001 | TX0005442705 |
| 2002-02-08 | October 2001 | TX0005426292 |
| 2002-02-12 | November 2001 | TX0005426558 |
| 2002-03-07 | December 2001 | TX0005491390 |
| 2002-04-24 | January 2002 | TX0005525982 |
| 2002-05-01 | February 2002 | TX0005525977 |
| 2002-06-04 | March 2002 | TX0005532038 |
| 2002-06-28 | April 2002 | TX0005554624 |
| 2002-07-29 | May 2002 | TX0005569857 |
| 2002-08-26 | June 2002 | TX0005582858 |
| 2003-08-12 | July 2002 | TX0005811392 |
| 2002-10-31 | August 2002 | TX0005621796 |
| 2002-12-12 | September 2002 | TX0005651861 |
| 2003-01-17 | October 2002 | TX0005651937 |
| 2003-02-20 | November 2002 | TX0005683863 |
| 2003-02-28 | December 2002 | TX0005683864 |
| 2003-05-15 | January 2003 | TX0005731954 |
| 2003-06-30 | February 2003 | TX0005760230 |
| 2003-06-16 | March 2003 | TX0005673221 |
| 2003-08-11 | April 2003 | TX0005806557 |
| 2003-09-02 | May 2003 | TX0005809516 |
| 2003-08-22 | June 2003 | TX0005811454 |
| 2003-10-21 | July 2003 | TX0005868356 |
| 2003-11-04 | August 2003 | TX0005902659 |
| 2003-12-05 | September 2003 | TX0005874461 |
| 2004-01-21 | October 2003 | TX0005878920 |
| 2004-02-02 | November 2003 | TX0005902660 |
| 2004-03-01 | December 2003 | TX0005897570 |
| 2004-05-12 | January 2004 | TX0005983570 |
| 2004-05-07 | February 2004 | TX0005966227 |
| 2004-06-01 | March 2004 | TX0005986937 |
| 2004-07-07 | April 2004 | TX0005996403 |
| 2004-08-16 | May 2004 | TX0006038248 |
| 2004-08-27 | June 2004 | TX0006038247 |

**San Diego Union-Tribune**

| | | |
|---|---|---|
| 2004-10-04 | July 2004 | TX0006052596 |
| 2004-11-03 | August 2004 | TX0006084203 |
| 2004-12-21 | September 2004 | TX0006091147 |
| 2006-01-05 | September 2005 | TX0006332307 |
| 2006-01-05 | October 2005 | TX0006332295 |
| 2006-02-03 | November 2005 | TX0006331185 |
| 2006-03-06 | December 2005 | TX0006349896 |
| 2006-03-31 | January 2006 | TX0006349891 |
| 2006-05-08 | February 2006 | TX0006359028 |
| 2006-06-05 | March 2006 | TX0006379242 |
| 2006-07-27 | April 2006 | TX0006417284 |
| 2006-08-23 | May 2006 | TX0006436463 |
| 2006-08-31 | June 2006 | TX0006611820 |
| 2006-10-10 | July 2006 | TX0006461716 |
| 2006-10-31 | August 2006 | TX0006459542 |
| 2007-03-08 | September 2006 | TX0006511608 |
| 2007-01-16 | October 2006 | TX0006498879 |
| 2007-01-29 | November 2006 | TX0006511631 |
| 2007-03-07 | December 2006 | TX0006520729 |
| 2007-05-03 | January 2007 | TX0006613998 |
| 2007-05-03 | February 2007 | TX0006613980 |
| 2007-06-18 | March 2007 | TX0006587880 |
| 2007-07-09 | April 2007 | TX0006608032 |
| 2007-08-27 | May 2007 | TX0006614543 |
| 2007-09-24 | June 2007 | TX0006647548 |
| 2007-10-09 | July 2007 | TX0006630300 |
| 2007-12-03 | August 2007 | TX0006645768 |
| 2008-01-04 | September 2007 | TX0006644155 |
| 2008-01-14 | October 2007 | TX0006645735 |
| 2008-01-30 | November 2007 | TX0006647362 |
| Unknown | December 2007 | TX0006660384 |
| 2008-05-05 | January 2008 | TX0006646960 |
| 2008-05-27 | February 2008 | TX0006660383 |
| 2008-07-02 | March 2008 | TX0006664912 |
| 2008-09-02 | May 2008 | TX0006662628 |
| 2008-10-02 | June 2008 | TX0006631966 |
| 2008-11-04 | July 2008 | TX0006665652 |
| 2008-11-25 | August 2008 | TX0006665020 |
| 2008-12-27 | September 2008 | TX0006664824 |
| 2009-02-20 | October 2008 | TX0006664912 |
| 2009-02-12 | November 2008 | TX0006631685 |
| 2009-03-26 | December 2008 | TX0006631694 |

**San Diego Union-Tribune**

| 2009-05-15 | January 2009 | TX0006631501 |
|---|---|---|
| 2009-05-26 | February 2009 | TX0006679645 |
| 2009-07-17 | March 2009 | TX0006681755 |
| 2009-10-06 | April 2009 | TX0006685687 |
| 2009-10-06 | May 2009 | TX0006685688 |
| 2010-04-08 | August 2009 | TX0006705199 |
| 2010-05-24 | October 2009 | TX0006704158 |
| 2010-11-19 | November 2009 | TX0006771626 |
| 2010-11-19 | December 2009 | TX0006771627 |
| 2010-11-19 | January 2010 | TX0006771628 |
| 2010-11-01 | February 2010 | TX0006718577 |
| 2010-11-01 | March 2010 | TX0006718578 |
| 2010-11-01 | April 2010 | TX0006718579 |
| 2010-12-20 | May 2010 | TX0006771745 |
| 2010-12-20 | June 2010 | TX0006771746 |
| 2010-12-20 | July 2010 | TX0006771747 |
| 2011-11-30 | August 2010 | TX0006790353 |
| 2011-11-30 | September 2010 | TX0006790354 |
| 2011-11-30 | October 2010 | TX0006790355 |
| 2011-11-14 | November 2010 | TX0006787626 |
| 2011-11-30 | December 2010 | TX0006790356 |
| 2011-12-15 | January 2011 | TX0006788836 |
| 2011-12-15 | February 2011 | TX0006788835 |
| 2011-12-15 | March 2011 | TX0006788834 |
| 2011-12-15 | April 2011 | TX0006788831 |
| 2011-12-15 | May 2011 | TX0006788832 |
| 2011-12-15 | June 2011 | TX0006788833 |
| 2012-01-30 | July 2011 | TX0006789460 |
| 2012-02-29 | August 2011 | TX0006788808 |
| 2012-02-29 | September 2011 | TX0006788810 |
| 2012-02-29 | October 2011 | TX0006788809 |
| 2012-02-29 | November 2011 | TX0006788806 |
| 2012-03-07 | December 2011 | TX0006788841 |
| 2012-04-18 | January 2012 | TX0006573099 |
| 2012-05-18 | February 2012 | TX0006789908 |
| 2012-07-05 | March 2012 | TX0006789543 |
| 2012-07-13 | April 2012 | TX0006612261 |
| 2012-08-13 | May 2012 | TX0006612298 |
| 2012-09-14 | June 2012 | TX0006604557 |
| 10/26/2012 | July 2012 | TX0007725325 |
| 11/13/2012 | August 2012 | TX0007725300 |
| 11/26/2012 | September 2012 | TX0007728338 |

**San Diego Union-Tribune**

| | | |
|---|---|---|
| 1/29/2013 | October 2012 | TX0008016890 |
| 2/21/2013 | November 2012 | TX0007891199 |
| 3/11/2013 | December 2012 | TX0007801904 |
| 3/26/2013 | January 2013 | TX0007905486 |
| 5/6/2013 | February 2013 | TX0007745219 |
| 7/22/2013 | March 2013 | TX0007801718 |
| 7/22/2013 | April 2013 | TX0007801786 |
| 8/2/2013 | May 2013 | TX0007798811 |
| 9/13/2013 | June 2013 | TX0007832976 |
| 10/15/2013 | July 2013 | TX0007918132 |
| 11/4/2013 | August 2013 | TX0007880078 |
| 11/13/2013 | September 2013 | TX0007880050 |
| 12/24/2013 | October 2013 | TX0007886934 |
| 1/31/2014 | November 2013 | TX0008045237 |
| 3/4/2014 | December 2013 | TX0007906003 |
| 3/10/2014 | January 2014 | TX0007903991 |
| 4/22/2014 | February 2014 | TX0008077423 |
| 5/27/2014 | March 2014 | TX0007920701 |
| 8/8/2014 | April 2014 | TX0007992959 |
| 9/22/2014 | May 2014 | TX0007987405 |
| 12/22/2014 | June 2014 | TX0008155843 |
| 12/22/2014 | July 2014 | TX0008155838 |
| 5/1/2015 | August 2014 | TX0008054262 |
| 5/11/2015 | August 2014 | TX0008054271 |
| 6/26/2015 | September 2014 | TX0008165373 |
| 5/14/2015 | November 2014 | TX0008054278 |
| 4/20/2015 | December 2014 | TX0008157228 |
| 5/1/2015 | January 2015 | TX0008174810 |
| 6/26/2015 | February 2015 | TX0008165378 |
| 5/18/2015 | March 2015 | TX0008155788 |
| 6/11/2015 | April 2015 | TX0008159886 |
| 5/31/2018 | January 2018 | TX0008544818 |
| 6/1/2018 | March 2018 | TX0008551014 |
| 7/2/2018 | April 2018 | TX0008577939 |
| 8/1/2018 | May 2018 | TX0008580955 |
| 8/31/2018 | June 2018 | TX0008594724 |
| 9/28/2018 | July 2018 | TX0008619804 |
| 10/30/2018 | August 2018 | TX0008667499 |
| 11/30/2018 | September 2018 | TX0008667833 |
| 12/31/2018 | October 2018 | TX0008671493 |
| 1/30/2019 | November 2018 | TX0008673843 |
| 3/1/2019 | December 2018 | TX0008731370 |

**San Diego Union-Tribune**

| | | |
|---|---|---|
| 3/30/2019 | January 2019 | TX0008784662 |
| 4/30/2019 | February 2019 | TX0008794813 |
| 5/24/2019 | March 2019 | TX0008793976 |
| 6/30/2019 | April 2019 | TX0008798323 |
| 7/30/2019 | May 2019 | TX0008803972 |
| 8/30/2019 | June 2019 | TX0008806929 |
| 9/30/2019 | July 2019 | TX0008820923 |
| 10/31/2019 | August 2019 | TX0008822358 |
| 11/27/2019 | September 2019 | TX0008825761 |
| 12/31/2019 | October 2019 | TX0008825788 |
| 1/30/2020 | November 2019 | TX0008840993 |
| 3/2/2020 | December 2019 | TX0008867593 |
| 3/30/2020 | January 2020 | TX0008861513 |
| 4/30/2020 | February 2020 | TX0008877831 |
| 6/23/2023 | July 2020 | TX0009297772 |
| 6/15/2023 | December 2022 | TX0009296427 |
| 6/13/2023 | January 2023 | TX0009295828 |
| 7/26/2023 | February 2023 | TX0009291654 |
| 5/24/2023 | March 2023 | TX0009290510 |
| 6/1/2023 | April 2023 | TX0009289813 |
| 6/6/2023 | May 2023 | TX0009292905 |
| 7/12/2023 | June 2023 | TX0009299017 |
| 8/1/2023 | July 2023 | TX0009304043 |
| 10/17/2023 | August 2023 | TX0009330774 |