IH-32  Rev: 2014-1

# United States District Court
## for the
## Southern District of New York
### Related Case Statement

---

**Full Caption of Later Filed Case:**

California Newspapers Partnership; Prairie Mountain Publishing Company LLP; MNG-BH Acquisition LLC; Hartford Courant Company, LLC; The Daily Press LLC; The Morning Call, LLC; Virginian-Pilot Media Companies, LLC; Los Angeles Daily News Publishing Company; and The San Diego Union-Tribune, LLC

| Plaintiff | Case Number |
|---|---|
| vs. | 1:25-cv-09904 |
| Microsoft Corporation; OpenAI, Inc.; OpenAI LP; OpenAI GP, LLC; OpenAI, LLC; OpenAI OpCo, LLC; OpenAI Global, LLC; OAI Corporation, LLC; OpenAI Holdings, LLC; OpenAI Foundation; and OpenAI Group PBC | |

Defendant

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

In Re: OpenAI, Inc. Copyright Infringement Litigation

| | Case Number |
|---|---|
| | 1:25-md-03143-SHS-OTW |

Page 1

**Status of Earlier Filed Case:**

☐ Closed — (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open — (If so, set forth procedural status and summarize any court rulings.)

On April 3, 2025, the United States Judicial Panel on Multidistrict Litigation entered a transfer order, ECF No. 1 in the MDL (1:25-md-03143-SHS-OTW), centralizing the *Daily News LP et al v. Microsoft Corporation et al.* (No. 1:24-cv-3285-SHS) and *The New York Times Company v. Microsoft Corporation et al.* (No. 1:23-cv-11195-SHS) and several other proceedings that were then pending in the Northern District of California and the Southern District of New York. All actions were transferred to the Southern District of New York and assigned to this Court. On June 20, 2025, this Court entered an order, ECF No. 238 in the MDL, setting the deadline for dispositive motions on August 14, 2026; setting the deadline for responses to dispositive motions on September 18, 2026; and setting the deadline for replies to dispositive motions on October 16, 2026. Since the centralization of those cases, Judge Stein and Magistrate Judge Wang have issued multiple rulings on merits and discovery issues.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

This lawsuit is brought on behalf of nine commonly managed newspapers. The Plaintiffs assert overlapping copyright and DMCA claims against the same Defendants as the *Daily News* and *The New York Times* cases. The claims arise from substantially similar acts, including the Defendants' unauthorized use of Plaintiffs' content to train large language models and power generative artificial intelligence products. Accordingly, some of the basic legal theories, sources of liability, relief requested, basis of jurisdiction, and factual allegations regarding Defendants' conduct brought in the *Daily News* and *The New York Times* cases are the same. We expect that there will be substantial overlap between the legal and factual issues between the cases, and designating these cases as related would avoid duplicative efforts, expenses, and burdens on the Court. Moreover, the plaintiffs in this action are commonly owned and/or managed by MediaNews Group, which also owns and/or manages plaintiffs in the Daily News action. Counsel for Plaintiffs here are also representing *Daily News* Plaintiffs as sole counsel and *The New York Times* as co-counsel in the MDL.

Signature: /s/ Steven Lieberman                                     Date: November 26, 2025

Firm: Rothwell Figg Ernst & Manbeck, P.C.