**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
IN RE:                                          :
                                                :
OPENAI, INC.,                                   :          25-md-3143 (SHS) (OTW)
COPYRIGHT INFRINGEMENT LITIGATION,              :
                                                :
                                                :          **ORDER**
This Document Relates To:                       :
**All Actions**                                 :
                                                :
-------------------------------------------------------------x

   **ONA T. WANG**, **United States Magistrate Judge**:

   The Court held a confidential discovery settlement conference for all actions in this

matter on Friday, March 13, 2026. The Court will conduct another confidential discovery

settlement conference on **Monday, March 30, 2026, at 2:00 p.m. ET.** The parties shall submit

any pre-settlement submissions to Chambers via email no later than **Friday, March 27, 2026.**

The parties shall also provide a joint agenda for the conference by emailing it to Chambers no

later than **10:00 a.m. ET on Monday, March 30, 2026.** Plaintiffs are directed to circulate a Zoom

link to all parties in advance of the conference.

   The Court sets the following briefing schedule for production of the deposition

transcripts and companying exhibits in the *Musk* litigation: Plaintiffs' opening brief due **March**

**20**; OpenAI's response due **March 23**. There shall be no replies. Parties are reminded to refer

back to the January 15, 2026, hearing transcript before submitting their briefing.

   **SO ORDERED.**

_s/ Ona T. Wang_

Dated: March 13, 2026       **Ona T. Wang**
   New York, New York     United States Magistrate Judge